SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
JENNIFER M. HOFFMAN, Cal Bar No. 240600
jhoffman@sheppard.com
SARAH A. K. BLITZ, Cal Bar No. 280118
sblitz@sheppard.com
CAROLYN CAREY, Cal Bar No. 356506
ccarey@sheppard.com
350 South Grand Avenue, 40th Floor
Los Angeles, California 90071-3460
Telephone:    213.620.1780
Facsimile:    213.620.1398

Attorneys for Defendant
STATE FARM GENERAL
INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY HERNANDEZ, an individual, and SAMSON DALLAS SHAKE, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> STATE FARM GENERAL INSURANCE COMPANY, an Illinois Corporation, and DOES 1 through 10, <br><br> Defendants. | Case No. 5:26-cv-1831-EKL <br><br> **STIPULATION REGARDING HEARING ON MOTION TO DISMISS AND SCHEDULING OF INITIAL STATUS CONFERENCE; PROPOSED ORDER** |

**STIPULATION**

Plaintiffs Ashley Hernandez and Samson Dallas Shake ("Plaintiffs") and Defendant State Farm General Insurance Company ("State Farm") (collectively, the "Parties") hereby stipulate as follows:

WHEREAS, on March 3, 2026, Plaintiffs filed their original Complaint (ECF No. 1);

WHEREAS, on May 15, 2026, State Farm's counsel sent Plaintiffs' counsel an email disclosing the grounds for an anticipated motion to dismiss the Complaint or, alternatively, to strike portions of the Complaint under Federal Rule of Civil Procedure 12;

WHEREAS, on May 18, 2026, the Parties met and conferred via Zoom videoconference to discuss State Farm's anticipated motion;

WHEREAS, the Parties were unable to resolve the dispute, and State Farm therefore intends to proceed with its motion;

WHEREAS, the Parties have jointly contacted Judge Lee's Courtroom Deputy and reserved August 5, 2026 as the hearing date for State Farm's motion to dismiss, consistent with Judge Lee's Civil Standing Order requiring that all civil motions be heard by reservation only;

WHEREAS, in the event that Plaintiffs' counsel responds to the motion with an amended pleading, and the Parties remain unable to resolve the dispute, State Farm will endeavor to notice any further motion to dismiss for hearing on the reserved date of August 5, 2026;

WHEREAS, in the interest of judicial efficiency and pursuant to Section VI of Judge Lee's Civil Standing Order, the Parties agree that it is appropriate to continue the initial case management conference currently scheduled for July 1, 2026, to 21 days after the August 5, 2026, hearing date;

IT IS THEREFORE STIPULATED, agreed and requested that the Court enter an order on this Stipulation as follows:

1. State Farm shall file its motion to dismiss the Complaint  pursuant to Federal Rule of Civil Procedure 12(b)(6), or, alternatively, to strike portions of the Complaint, on or before May 26, 2026, noticed for hearing on August 5, 2026, before the Honorable Eumi K. Lee; and

2. The initial case management conference currently scheduled for July 1, 2026 shall be continued to August 26, 2026, which is 21 days after the August 5, 2026 hearing date, or such other date as the Court may order.

Dated: May 22, 2026          SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By          */s/ Jennifer M. Hoffman*
            JENNIFER M. HOFFMAN
            SARAH A. K. BLITZ
            CAROLYN CAREY
            Attorneys for Defendant
            STATE FARM GENERAL INSURANCE COMPANY

Dated: May 22, 2026          KERLEY SCHAFFER LLP

By          */s/ Dylan L. Schaffer*
            J. EDWARD KERLEY
            DYLAN L. SCHAFFER
            NICHOLAS J. PETERSON
            Attorneys for Plaintiffs
            ASHLEY HERNANDEZ AND SAMSON DALLAS SHAKE

**ORDER**

IT IS HEREBY ORDERED that:

1. State Farm shall file its motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6), or, alternatively, to strike portions of the Complaint, on or before May 26, 2026, noticed for hearing on August 5, 2026;

2. Plaintiffs shall file any opposition within fourteen (14) days of service of the motion;

3. State Farm shall file any reply within seven (7) days of service of Plaintiffs' opposition;

4. The August 5, 2026 hearing date is reserved for any further motion to dismiss filed by State Farm in response to any amended complaint Plaintiffs may file;

5. The initial case management conference is continued from July 1, 2026, to August 26, 2026; and

6. The Parties shall file their joint case management statement no later than August 12, 2026.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____        _____
                                                    Hon. Eumi K. Lee
                                         United States District Court Judge

STIPULATION REGARDING HEARING ON MOTION TO DISMISS AND SCHEDULING
OF INITIAL STATUS CONFERENCE

**L.R. 5-1(i)(3) Attestation**

The undersigned attests that all other signatories listed, and on whose behalf this filing is submitted, concur in this filing's content and have authorized this filing.

Dated: May 22, 2026          SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By          _/s/ Jennifer M. Hoffman_
                        JENNIFER M. HOFFMAN
                        SARAH A. K. BLITZ
                        CAROLYN CAREY
                        Attorneys for Defendant
                STATE FARM GENERAL INSURANCE COMPANY

STIPULATION REGARDING HEARING ON MOTION TO DISMISS AND SCHEDULING
OF INITIAL STATUS CONFERENCE