SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
JENNIFER M. HOFFMAN, Cal Bar No. 240600
  jhoffman@sheppard.com
SARAH A. K. BLITZ, Cal Bar No. 280118
  sblitz@sheppard.com
CAROLYN CAREY, Cal Bar No. 356506
  ccarey@sheppard.com
350 South Grand Avenue, 40th Floor
Los Angeles, California 90071-3460
Telephone:    213.620.1780
Facsimile:    213.620.1398

Attorneys for Defendant
STATE FARM GENERAL INSURANCE
COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| ASHLEY HERNANDEZ, an individual, and SAMSON DALLAS SHAKE, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> STATE FARM GENERAL INSURANCE COMPANY, an Illinois corporation, and DOES 1 through 10, <br><br> Defendants. | Case No. 5:26-cv-01831-EKL <br><br> **DECLARATION OF SARAH A. K. BLITZ IN SUPPORT OF DEFENDANT STATE FARM GENERAL INSURANCE COMPANY'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO STRIKE PLAINTIFFS' COMPLAINT** <br><br> [*Notice of Motion, Motion, and Memorandum of Points and Authorities, Request for Judicial Notice and [Proposed] Order lodged concurrently herewith*] <br><br> Hearing Date:    August 5, 2026 <br> Hearing Time:    10:00 a.m. <br> Courtroom:    7 |

## <u>DECLARATION OF SARAH A. K. BLITZ</u>

I, Sarah A. K. Blitz, declare as follows:

1. I am an attorney licensed to practice law in the State of California and am admitted to practice before this Court. I am a Special Counsel at Sheppard, Mullin, Richter & Hampton LLP, counsel of record for Defendant State Farm General Insurance Company ("State Farm") in the above-captioned action.

2. I make this Declaration in support of State Farm's Motion to Strike or, in the Alternative, to Dismiss Plaintiffs' Complaint (the "Motion"), and in support of State Farm's concurrently filed Request for Judicial Notice ("RJN"). I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

3. Pursuant to Civil Local Rule 7-3, on May 18, 2026, I participated in a telephone conference with my colleagues Jennifer Hoffman and Carolyn Carey, and Dylan L. Schaffer and Nicholas J. Peterson of Kerley Schaffer LLP, counsel for Plaintiffs Ashley Hernandez and Samson Dallas Shake, for the purpose of meeting and conferring regarding the anticipated Motion. During that conference, we identified the bases on which State Farm intended to move to strike or dismiss the Complaint and the specific allegations and claims State Farm contends are legally deficient.

4. We were unable to reach agreement resolving the issues identified in the Motion. State Farm therefore files the Motion following good faith compliance with the meet-and-confer requirements of Civil Local Rule 7-3.

5. Attached as **Exhibit A** to the concurrently filed Request for Judicial Notice is a true and correct certified copy of State Farm General Insurance Company Policy No. 57-EW-E367-0 (the "Policy"), a fire insurance policy issued to Plaintiffs Ashley Hernandez and Samson Dallas Shake for the property located in Seaside, California. I obtained this copy from State Farm's claim file maintained in the ordinary course of State Farm's regularly conducted business activities. The Policy is identified by number in Plaintiffs' Complaint (Compl. ¶ 10), and its Water exclusion language is quoted in the Complaint (Compl. ¶¶ 23, 24). Exhibit A is a complete and unaltered copy of the Policy as issued to Plaintiffs. No pages have been added, removed, or modified.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 26, 2026, at Los Angeles, California.

_____
SARAH A. K. BLITZ

SMRH:4900-2766-0718.2

Case No. 5:26-cv-01831-EKL
DECLARATION OF SARAH A. K. BLITZ IN SUPPORT OF STATE FARM'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO STRIKE