J. Edward Kerley (175695)
Dylan L. Schaffer (153612)
Nicholas J. Peterson (287902)
**Kerley Schaffer LLP**
1939 Harrison Street, Suite 900
Oakland, California 94612
Telephone: (510) 379-5801
service@kslaw.us

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

### FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ASHLEY HERNANDEZ,** an individual, and **SAMSON DALLAS SHAKE**, an individual, | Case No.: 5:26-cv-01831-EKL |
| Plaintiffs, | **FIRST AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL** |
| v. | |
| **STATE FARM GENERAL INSURANCE COMPANY,** an Illinois corporation, and **DOES 1 through 10**, | |
| Defendants. | |

1

Plaintiffs ASHLEY HERNANDEZ and SAMSON DALLAS SHAKE (Plaintiffs) allege the following:[1]

**PARTIES**

1.    Plaintiffs are informed and believe that Defendant STATE FARM GENERAL INSURANCE COMPANY (State Farm) is an Illinois corporation authorized and licensed to do business in the State of California as an insurance company.

2.    Plaintiffs reside in Monterey County, California.

3.    Plaintiff ASHLEY HERNANDEZ was disabled at all times relevant to the underlying dispute at issue in this action.

4.    Plaintiffs are unaware of the names and capacities of DOES 1 through 10 (hereafter collectively, "DOES").

5.    DOES were employees and agents of one another and were acting within the course and scope of their express and/or apparent authority or were acting independently.  Each DOE defendant is, in some manner, responsible for the damages alleged.

**JURISDICTION AND VENUE**

6.    Plaintiffs bring this complaint under federal diversity jurisdiction pursuant to 28 U.S.C. §1332, as the Parties are completely diverse in citizenship and the amount in controversy exceeds $75,000.

7.    State Farm is a corporate entity that can sue and be sued in its common name and is licensed by the California Department of Insurance (CDI) to conduct the business of selling homeowners' and other insurance policies throughout the entire State of California.  On information and belief, State Farm sells insurance policies throughout the entire State of

---

1. Each allegation in this complaint is based upon information and belief, except those allegations which pertain to Plaintiffs which are based on personal knowledge. Each allegation stated on information and belief is likely to have evidentiary support after a reasonable opportunity for investigation and discovery.

2

First Amended Complaint and Demand for Jury Trial

California and generates revenue from these activities, including in the Northern District of California.

8.      Pursuant to 28 U.S.C. sections 1391(c)(2) and 1391(d), State Farm is a resident of the Northern District of California.  Venue in this district is proper pursuant to 28 U.S.C. section 1391 because (1) State Farm conducts business within the Northern District of California and is subject to this Court's personal jurisdiction because of State Farm's business operations within the Northern District of California and (2) the subject property is in the Northern District of California, and a substantial part of the events or omissions on which the claim is based occurred in the Northern District of California.

## STATEMENT OF FACTS

9.      Plaintiffs own the real property and contents located at 1270 Military Avenue, Seaside, California (Property).

10.      State Farm sold Plaintiffs a policy of insurance, identified as policy number 57-EW-E367-0 (Policy) insuring all risks of loss at the Property. The applicable declaration pages and Policy are attached as Exhibit A.

11.      The Policy provided coverage, among other things, for: dwelling repairs ($618,700), extended dwelling coverage ($309,350), ordinance and law coverage ($309,350), personal property/contents ($464,025), and loss of use ($185,610).

12.      While the Policy was in effect, on or about March 8, 2025, the Property and contents suffered damage, and the Property became uninhabitable, due to an accidental direct physical loss, namely the sudden failure of a water supply line at the Property.

13.      Specifically, Plaintiffs awoke to find the home flooded with water.

14.      They immediately shut off the water to mitigate damage to the home, which was already extensive.

15.      An investigation revealed the source was a supply line in a utility cavity in a pony wall between a bathroom and pantry area.

16.      Plaintiffs provided prompt notice to State Farm of the damage and satisfied all other conditions precedent to coverage under the Policy.

First Amended Complaint and Demand for Jury Trial

17.     The loss was covered under the Policy because it was an accidental direct physical loss, which brings it within the basic insuring language of the Policy, and because the predominant cause of the loss was not a peril expressly excluded by the Policy.

18.     State Farm assigned claim number 05-81N1-61P to the loss (Claim).

19.     After discussing the facts of the Claim with Plaintiffs, State Farm assured Plaintiffs that the claim would be covered.

20.     Thereafter, State Farm violated its obligation under 10 CCR §2695.7(d) to conduct a thorough, objective, and fair investigation of the claim.

21.     Specifically, State Farm

a.   performed no inspection of the property itself,

b.   had no inspection undertaken by a plumber, leak detection company, engineer, or contractor,

c.   never determined the precise location, cause, or impact of the supply line failure,

d.   never measured the scope of damage to the property caused by the supply line failure, and

e.   ignored evidence presented to it supporting coverage.

22.     In their original complaint Plaintiffs alleged that plumber determined the failed portion of the line was in "dirt located laterally to the slab."

23.     Following further investigation and review of documents, including the photograph that appears in paragraph 42 of this First Amended Complaint, and considering the manner State Farm, which never inspected the property or saw the failed supply line at Plaintiffs' home, interpreted the word "dirt," Plaintiffs determined that the allegation was imprecise and amends it to allege the following.

24.     Upon opening the pony wall to reveal the area of the failed line, Plaintiffs observed no mud, sludge, brown water, or any other indication that the portion of the failed supply line was in unimproved *soil* but instead concluded the failed portion of the supply line was in a mixture of materials like soil, sand, and gravel—generally referred to as *fill*—intended to support drainage away from the poured slab foundation.

First Amended Complaint and Demand for Jury Trial

25.    Plaintiffs retained a plumber who determined the loss was due to a failed vertical PEX supply line in an area of fill adjacent to the poured slab foundation of the property.

26.    The specific area of the PEX line failure was within fill intended to support drainage away from the poured slab foundation.

27.    Plaintiffs submitted the plumber's determination to State Farm, along with photographs and videos of the site of the loss which show the failed portion of the supply line was within the "building structure" as defined by the Policy.

28.    State Farm failed to consider the evidence and/or interpreted the information in an irrational manner to support its decision to disclaim coverage for the loss.

29.    Having received evidence to support coverage, State Farm further violated its obligation to investigate by failing, in the face of strong evidence supporting coverage, to conduct any inspection itself, or to hire a building consultant or expert to inspect the site or measure the damage at the Property.

30.    State Farm denied the claim on March 31, 2025.

31.    The denial was based solely on the Policy exclusion for water "below the surface of the ground": "[o]ur investigation and evaluation of your loss has determined that your damage is not covered by your policy.  The pictures and videos that were sent in confirms (sic) the pipe break was below the slab."

### PLAINTIFFS' POLICY COVERS THE LOSS BECAUSE IT WAS AN ACCIDENTAL DIRECT PHYSICAL LOSS

32.    Plaintiffs' Policy is an "all-risk" policy covering "accidental direct physical losses" unless expressly excluded under the policy.

33.    The loss was "accidental" – it happened by chance, unexpectedly and unintentionally.

34.    The loss was a direct physical loss – the loss caused hundreds of thousands of physical damage and consequential damage to the property.

35.    Under the Policy and the law, as Plaintiffs suffered an accidental direct physical loss, demonstrated that circumstance by way of their notice of the claim and documentary

5

First Amended Complaint and Demand for Jury Trial

evidence, and complied with all conditions in the Policy precedent to payment of benefits to restore the home to its pre-loss condition, for damage to contents, and for loss of use, State Farm was required to grant coverage unless after a thorough and objective investigation it demonstrated that the predominant cause of the loss was a peril expressly set forth in the Policy.

36. State Farm has no evidence to support a conclusion that the predominant cause of the loss a peril expressly excluded by the Policy.

**THE LOSS IS NOT EXPRESSLY EXCLUDED UNDER THE POLICY BECAUSE THE PREDOMINANT CAUSE OF THE LOSS WAS A FAILED PORTION OF THE PEX SUPPLY LINE IN THE BUILDING STRUCTURE**

37. The Policy excludes losses caused by some categories of "water," including "water or sewage below the surface of the ground, including water or sewage that exerts pressure on, or seeps or leaks through a ***building structure***, sidewalk, driveway, swimming pool, or other structure …."

38. "Building Structure" is bolded in the Policy as it is a defined term.

39. The Policy defines "building structure" to include "a. the foundation supporting the structure, including: (a) slabs … and *(5) gravel, stone, or sand used as fill material and located not more than 12 inches directly below the slab described in item a.(1), including water lines, domestic water pipes, and sewer pipes located within this fill material* …." (Emphasis added.)

40. Plaintiffs' plumber determined, and as is shown in photographs and video provided to State Farm, that the failed portion of the vertical PEX line that failed was *in the building structure*, not below the surface of the ground.

41. Specifically, the failed portion of the PEX line was in fill surrounding and/or underlying the poured slab foundation, which serves the purpose of drainage.

42. The photograph below shows the area of the failed PEX line. The "x" on the photograph shows the point of failure. As each of the three vertical copper-to-PEX lines, including the failed line, show, and is apparent from the surrounding materials, the lines emerge from fill intended to support drainage away from the poured slab foundation. As such, the failed

6

First Amended Complaint and Demand for Jury Trial

portion of the line was not "below the surface of the ground" because it was part of the building structure, as State Farm defines the building structure in its Policy.



First Amended Complaint and Demand for Jury Trial

43.     The photograph was provided to State Farm during the claim, and State Farm was therefore on notice that the failed portion of the PEX line was in the "building structure" when it denied the claim.

44.     Alternatively, the Policy is ambiguous as to whether the failure of a plumbing line in the "building structure" – in this case, in fill material abutting or underlying the slab foundation – is excluded pursuant to the "below the surface of the ground" exclusion.

45.     As such, State Farm failed to prove the predominant cause of the loss was any peril expressly excluded by the Policy.

**ALTERNATIVELY, THE LOSS IS NOT EXPRESSLY EXCLUDED UNDER THE POLICY, BECAUSE THE POLICY DOES NOT EXCLUDE LOSSES PREDOMINANTLY CAUSED BY FAILED PLUMBING LINES THAT ARE BELOW THE BUILDING STRUCTURE BECAUSE THE "BELOW THE SURFACE" EXCLUSION DOES NOT APPLY TO NON-NATURAL WATER SOURCES OR IS FATALLY AMBIGUOUS**

46.     In relevant part, the Policy exclusion upon which State Farm solely relied to deny Plaintiffs' claim says this:

> 3. We will not pay for, under any part of this policy, any loss that is caused by one or more of the items below, regardless of whether the event occurs abruptly or gradually, involves isolated or widespread damage, occurs on or off the residence premises, arises from natural or external forces, or occurs as a result of any combination of these: … c. **Water,** meaning: … (8) water or sewage below the surface of the ground, including water or sewage that exerts pressure on, or seeps or leaks through a ***building structure***, sidewalk, driveway, swimming pool, or other structure".

8

First Amended Complaint and Demand for Jury Trial

47.    The policy does not define "water" and does not explain if water "below the surface" includes water from all sources, including both natural sources and from within plumbing lines on the insured property.

48.    State Farm's claims handling guidelines provide that the "below the surface" exclusion is limited to natural water sources.

49.    State Farm's claims handling guidelines provide an example of how the "below the surface" exclusion should be applied which describes intrusion of water from a natural water source but does not include intrusion of water from a domestic plumbing line.

50.    State Farm's internal guidelines nowhere contemplate that losses due to failed domestic plumbing lines, no matter where located on the insured property, are excluded by application of the "below the surface" exclusion.

51.    State Farm's training materials omit any application of the "below the surface" exclusion to failed plumbing lines.

52.    State Farm's training materials provide that a discharge of water from an above-ground plumbing line, which water enters a home causing damage, is covered under the policy, a view that is inconsistent with its application of the "below the ground" exclusion to Plaintiffs' Loss.

53.    State Farm's policy elsewhere expressly excludes losses that involve *failed plumbing lines* but does not reference such building components in the "below the surface" exclusion, a circumstance which is inconsistent with its application of the "below the surface" exclusion to a loss resulting from a sudden failure of a domestic plumbing line, no matter where it is located.

54.    Consistent with the court's holding in *Varela v. State Farm General Insurance Company,* 555 F.Supp.3d 983 (E.D. Cal. 2021), the "below the surface" exclusion does not apply to water "below the surface" of the building structure from non-natural sources such as plumbing lines.

55.    Alternatively, consistent with the court's holding in *Varela,* the "below the surface" exclusion is fatally ambiguous as to whether it applies to non-natural water sources and

9

First Amended Complaint and Demand for Jury Trial

as such cannot lawfully be applied to exclude Plaintiffs' claim.

**SINCE THE *VARELA* DECISION IN 2021 STATE FARM HAS BEEN AWARE THAT THE "BELOW THE SURFACE" EXCLUSION DOES NOT APPLY TO NON-NATURAL WATER SOURCES OR, ALTERNATIVELY, THAT THE POLICY IS FATALLY AMBIGUOUS AS TO WHETHER LOSSES CAUSED BY FAILED DOMESTIC PLUMBING LINES THAT ARE BELOW THE BUILDING STRUCTURE ARE SUBJECT TO THE "BELOW THE SURFACE" EXCLUSION**

56.    In the past decade, Plaintiffs are informed and believe that State Farm has baselessly denied at least thousands of California homeowners' water loss claims in part or whole on the theory that the failure of domestic plumbing lines below slab foundations of homes, or otherwise not part of the building structure, are excluded pursuant to the "water below the surface" exclusion.

57.    In fact, State Farm's own guidelines, training, and related water exclusions, are irreconcilable with its application of the "below the surface" exclusion to disclaim coverage for losses resulting from the failure of plumbing lines below the building structure.

58.    State Farm has intentionally concealed from its customers the fact that its own guidelines and training are irreconcilable with its denials reliant on the "below the surface" exclusion.

59.    State Farm has intentionally concealed from its captive sales agents its view expressed in its guidelines and training that the "below the surface" exclusion does not apply to losses caused by failed domestic plumbing lines.

60.    In its SERFF form and rate filings, communications to the CDI relating to form and rate filings, general communications with the CDI, and responses to CDI communications following consumer complaints, State Farm has intentionally concealed its view expressed in its guidelines and training that the "below the surface" exclusion does not apply to losses caused by failed domestic plumbing lines.

61.    Since at least the *Varela* decision in 2021, State Farm has known that its position regarding application of the "below the surface" exclusion is wrong.

10

First Amended Complaint and Demand for Jury Trial

62.    At a minimum, following the decision in *Varela,* State Farm had notice that its "below the surface" exclusion was fatally ambiguous.

63.    But notwithstanding the *Varela* decision, which is consistent with State Farm's own training and guidelines, State Farm has done nothing

   a.  to clarify the policy,

   b.  to inform its captive sales agents of the ambiguity, thus ensuring new and renewing customers are educated on the coverage limitation

   c.  to inform its customers at the time of sale or renewal of the policy that the "below the surface" exclusion would be applied broadly to include losses stemming both from natural water sources and failed plumbing lines, or

   d.  to alert the CDI that it interprets the policy to exclude a category of losses which communication State Farm knew or should have known would result in a reassessment of its rate structure and for that reason intentionally concealed the information from the regulator.

64.    State Farm knew it had misapplied the "below the surface" exclusion in denying Plaintiffs' claim, and that the exclusion is fatally ambiguous, when it investigated and denied Plaintiffs' claim, but concealed from Plaintiffs its training and guidelines that are irreconcilable with its application of the "below the surface" exclusion to their Loss.

### CIRCUMSTANCES AFTER THE DENIAL

65.    After the denial, Plaintiffs requested State Farm further investigate the Loss, inspect the property, and withdraw its Claim denial.

66.    Plaintiff ASHLEY HERNANDEZ also informed State Farm of her disability and the impact of State Farm's wrongful denial on her condition.

67.    State Farm failed to inspect, or to reconsider and/or withdraw its denial.

### STATE FARM'S INSTITUTIONAL PRACTICES RELATING TO THE INVESTIGATION AND ADJUSTING OF WATER LOSSES

68.    In or about 2016, State Farm received a report from one or more outside retained consultants, and/or internal consulting group, that were retained for the purpose of designing

11

First Amended Complaint and Demand for Jury Trial

strategies to reduce its claims expenses and indemnity across its California property claims.

69.    As the result of reporting from one or more of those consultants, State Farm concluded it was spending too much money investigating and paying water losses in California.

70.    As a result of those findings, State Farm instituted a Water Initiative, Water Forum, or organized program by some other name, which employed various tactics to reduce its claims expenses and indemnity in California water losses, including but not limited to the following:

a. State Farm dramatically reduced the authority of adjusters handling water losses to ensure additional scrutiny of larger losses by senior adjusters and managers;

b. State Farm held Water Initiative seminars across California to reinforce its coverage positions and to encourage aggressive application of policy exclusions relating to water losses;

c. State Farm trains its adjusters and managers to aggressively apply policy exclusions that apply to water losses;

d. State Farm discourages its adjusters and managers from hiring competent licensed building professionals to investigate water losses to determine the true cause of loss;

e. When it hires experts, State Farm repeatedly relies on the same small group of experts and vendors who can be relied upon to provide State Farm cover for its improper and unjustified claim denials;

f. State Farm knowingly, deliberately, and routinely denies covered water losses without justification based on improper and inapplicable interpretation of exclusions in its property policies;

g. State Farm, which is a quasi-fiduciary as relates to its California customers, is the largest carrier in California, ignores judicial findings, complaints to the state Department of Insurance by its customers, and lawsuits, all of which show that State Farm is engaged in a scheme to improperly underpay and deny water loss claims in California by settling those cases, and failing to properly mitigate by

12

failing to educate, train, and guide its adjuster and managers regarding the existence of such judicial findings, DOI complaints, and lawsuits;

h.  In such lawsuits, as multiple courts have held, State Farm conceals training, guidelines, and internal communications demonstrating the existence of the scheme described above, to avoid revelation of its various tactics to reduce indemnity and claim expenses in water loss claims.

71.    State Farm is and has been for at least 10 years engaged in an intentional, institutional, and unlawful pattern and practice of failing to competently investigate water losses, and unreasonably and maliciously denying water loss claims it knows to be covered.

72.    State Farm has repeatedly been found to have acted in bad faith by California juries for these practices but has not modified its claims practices because of their immense profitability.

### FIRST CAUSE OF ACTION – INSURANCE BAD FAITH

73.    Plaintiffs incorporate by reference the preceding paragraphs as though they were fully set forth in this First Cause of Action against all Defendants.

74.    State Farm and DOES breached the implied covenant of good faith and fair dealing and acted with fraud, malice and oppression by:

a.    Misrepresenting and failing to explain coverage under the California Form Policy in violation of California Insurance Code §790.03(h)(1) et seq. and 10 CCR §§2695.4(a), which violations are evidence of its bad faith and malice;

b.    Failing to conduct a thorough, fair, and objective investigation of all the bases of Plaintiffs' claim in violation of 10 CCR §2695.7(d), which violations are evidence of its bad faith and malice;

c.    Unreasonably and maliciously denying coverage for a claim State Farm knew was covered under the Policy;

d.    Violating 10 CCR §2695.7(b)(1) by failing to provide Plaintiffs with a detailed explanation for its denials of Plaintiffs' claim, which violations are evidence of its bad faith and malice;

13

First Amended Complaint and Demand for Jury Trial

e.  Unreasonably failing to pay the reasonable amounts owed under the Policy for the loss and damage to Plaintiffs' dwelling and contents and for loss of use, in violation of Insurance Code §§790.03(h)(5) and 2051, and in violation of 10 CCR §2695.7(g), which violations are evidence of its bad faith and malice;

f.  Failing and refusing to consider evidence, inspect the loss, and reconsider the accuracy of its denial decision despite Plaintiffs providing incontrovertible proof that State Farm's investigation of the loss was incompetent and that the loss was covered under the Policy; and

g.  Violating Insurance Code §790.03(h)(6) by requiring Plaintiffs to obtain counsel and file suit to obtain amounts owed to Plaintiffs under the Policy, including but not limited to benefits for dwelling repairs, repair or replacement of contents, and loss of use, which violations are evidence of its bad faith and malice.

75.   Plaintiffs suffered harm, and State Farm's and DOES' failure to pay policy benefits was a substantial factor in causing Plaintiffs' harm.

76.   As a direct and proximate result of State Farm's and DOES' beach of the covenant of good faith and fair dealing, by failing to pay benefits owing to Plaintiffs under the Policy, Plaintiffs lost insurance contract benefits, incurred attorneys' fees and costs, and the costs of experts retained to investigate the loss and sustained additional consequential damages including emotional distress, increased costs of construction, and emotional distress.

77.   In committing the acts alleged above, State Farm and DOES, its officers, directors, and managing agents, acted intentionally and with fraud, malice and/or oppression in that State Farm and DOES knowingly and intentionally violated Plaintiffs' rights under the California Form Policy for the purpose of depriving Plaintiffs of the payment of insurance policy benefits. Plaintiffs are therefore entitled to exemplary damages in an amount in accordance with the evidence introduced at trial.

78.   In addition to the evidence of malice set forth, exemplary damages are awardable because of State Farm and DOES, including State Farm's officers', directors', and managing

14

agents', pattern and practice across thousands of water loss claims over the past ten years or more, in support of its scheme to avoid claims costs and indemnity in water loss claims in California, of knowingly and intentionally:

      a.     failing to thoroughly and objectively investigate water losses;

      b.     failing to issue valid denial letters explaining State Farm's denial decisions; and

      c.     knowingly denying covered water losses.

79.     In further support of their claim for punitive damages, Plaintiffs allege that in support of its Water Initiative and/or similar programs, State Farm and DOES, including State Farm's officers', directors', and managing agents

      a.    Failed to train claims staff regarding the proper application of the "below the exclusion";

      b.    Fraudulently and maliciously concealed State Farm's true understanding of the application of the "below the surface" exclusion from consumers, captive agents, and the CDI as set forth; and

      c.    Fraudulently concealed from the CDI the rate implications of State Farm's apparent change in its broad application of the "below the surface" exclusion;

      d.    Failed to act in the face of the *Varela* decision to modify its policy to clarify its broad application of the "below the surface" exclusion to the failure of domestic plumbing lines, to educate its captive agents as to the new and broad application of the "below the surface" exclusion, to inform its customers of the narrowed coverage for water losses, and to inform the CDI of the actual or potential ambiguity in a policy that appears to cover millions of Californians facing potentially catastrophic water losses.

68.     Suzy Own, Danielle Wipf, team and section managers, and others unknown to Plaintiffs, including managing agents, officers, and directors of State Farm engaged in, authorized, and/or ratified all aspects of State Farm's and DOES' investigation and coverage determination on Plaintiffs' claim, and partook in the Water Initiative and other related schemes

15

First Amended Complaint and Demand for Jury Trial

to fraudulently reduce claims expenses and indemnity for water losses in California.

69.     In doing so, each of these State Farm employees and/or authorized agents was acting within the scope of their contractual duties and/or duties of employment and had the requisite authority to pay or deny claims for benefits, and were thus managing agents under California Civil Code §3294.

### PRAYER FOR RELIEF

Plaintiffs pray for judgment against State Farm and DOES 1 through 10 as follows:

1.     For insurance policy benefits owing;

2.     For consequential damages resulting from State Farm's and DOES' breach of the implied covenant of good faith and fair dealing, including but not limited to emotional distress, economic losses, increased costs of construction, attorney's fees and costs, and expert fees incurred by Plaintiffs in order to recover policy benefits;

3.     For exemplary damages due to State Farm's and DOES' fraud, malice and/or oppression;

4.     for trebling of exemplary damages pursuant to California Civil Code §3345;

5.     For pre-judgment and post-judgment interest;

6.     For costs of suit; and

7.     For any such other relief the Court finds just and proper.

Date: June 8, 2026                          Kerley Schaffer LLP


                                            /s/ Dylan Schaffer
                                            BY: Dylan Schaffer
                                            Attorneys for Plaintiffs

First Amended Complaint and Demand for Jury Trial

**DEMAND FOR JURY TRIAL**

Plaintiffs request a jury trial.


Date: June 8, 2026                              Kerley Schaffer LLP


                                               /s/ Dylan Schaffer
                                               BY: Dylan Schaffer
                                               Attorneys for Plaintiffs

First Amended Complaint and Demand for Jury Trial

EXHIBIT   A

EXHIBIT   A

**State Farm General Insurance Company**
*A Stock Company With Home Offices in Bloomington, Illinois*

*PO Box 2356*
*Bloomington IL 61702-2356*

AT2        H-02-6779-FC05  F  H  W
3200
HERNANDEZ, ASHLEY & SHAKE,
SAMSON DALLAS
1270 MILITARY AVE
SEASIDE CA  93955-3112

| POLICY NUMBER | 57-EW-E367-0 |
|---|---|

**HOMEOWNERS AVAILABLE COVERAGE NOTICE**

**SEE RENEWAL DECLARATIONS**

It is important that you occasionally review the coverages and limits in your Homeowners policy to be certain your needs are being met. The following information will assist you in the review process.

The coverage limits for Coverage A - Dwelling, Coverage B - Personal Property, Coverage L - Personal Liability, and Coverage M - Medical Payments to Others are listed on the accompanying renewal declarations. Please review these limits to determine if they are adequate in the event of a loss.

The following is a **partial list** of the optional coverages you have **not** added to your policy. They may be available to you for a premium adjustment.

Business Property (for higher limits)

Business Pursuits Liability (for teachers, school administrators, sales persons, and clerical employees)

Child Care Liability (for those providing child care in their home)

Firearms (for broadened coverage and higher limits)

Cyber Event, Identity Restoration, and Fraud Loss

Incidental Business Liability (for those with an incidental office, studio, or school in the home)

Jewelry and Furs (for broadened coverage and higher limits)

Loss Assessment (for neighborhoods with Homeowners Associations)

Nurses' Professional Liability (for those in the nursing profession)

Silverware/Goldware (for broadened coverage and higher limits)

Adult Day Care Liability (for those providing adult day care in their home)

Energy Efficiency Upgrade (for replacing damaged heating unit, air conditioning unit, or water heater with equipment that is more energy efficient)

Home Rental (for those who rent out their home for more than 30 nights yearly)

**\*\*Continued on Reverse Side\*\***

Prepared  JAN 31 2024          **Agent**          MIKE DELAY-SR
                               **Telephone**      (831) 373-0138  or  (831) 373-0139          Prepared

Increased Personal Property (for higher limits above the standard policy limit, which is a percentage of your Coverage A-Dwelling amount)

**This notice contains only a general description of the coverages and is not a contract. All coverages are subject to the provisions in the policy itself.** Should you have a need for any of these coverages or higher limits, contact your State Farm Agent to discuss details, cost and eligibility.

### IMPORTANT INFORMATION ABOUT DAMAGE CAUSED BY FLOODING

This policy does not cover damage to your property caused by flooding. You may be eligible for such coverage through the National Flood Insurance Program ("NFIP"), if you live in a participating community. For more information, contact your State Farm® agent or visit floodsmart.gov.

**State Farm General Insurance Company**
*A Stock Company With Home Offices in Bloomington, Illinois*

PO Box 2356
Bloomington IL 61702-2356

 **StateFarm**®

H-02-6779-FC05  F  H  W
3200
HERNANDEZ, ASHLEY & SHAKE,
SAMSON DALLAS
1270 MILITARY AVE
SEASIDE CA  93955-3112

# RENEWAL DECLARATIONS

---

**AMOUNT DUE:**                                                    **None**
**Payment is due by**  BILLED THROUGH SFPP

---

**Policy Number:**      57-EW-E367-0

**Policy Period:**   12 Months
**Effective Dates:** MAR 29 2024 to MAR 29 2025
The policy period begins and ends at 12:01 am standard
time at the residence premises.

## Homeowners Policy

**Location of Residence Premises**
1270 MILITARY AVE
SEASIDE CA 93955-3112

**Your State Farm Agent**
MIKE DELAY-SR
1121 FOREST AVE
PACIFIC GROVE CA    93950-5104

**Phone:** (831) 373-0138  or  (831) 373-0139

| | |
|---|---|
| **Construction:** | Frame |
| **Year Built:** | 1950 |

**Roof Material:** Composition Shingle
**Roof Installation Year:**  2010

**Automatic Renewal**

If the **POLICY PERIOD** is shown as **12 MONTHS,** this policy will be renewed automatically subject to the premiums, rules, and forms in effect for each succeeding policy period. If this policy is terminated, we will give you and the Mortgagee/Lienholder written notice in compliance with the policy provisions or as required by law.

## IMPORTANT MESSAGES

This policy includes building code upgrade coverage of  $309,350. Refer to the Important Notice for possible terms, limits, conditions, or restrictions.
Please help us update the data used to determine your premium. Contact your agent with the year each of your home's utilities (heating/cooling, plumbing, or electrical) and roof were last updated.

## PREMIUM

| | |
|---|---|
| Annual Premium | $2,032.00 |
| *Your premium has already been adjusted by the following:* | |
| Claim Record Discount | |

| | |
|---|---|
| **Total Premium** | **$2,032.00** |

Prepared   JAN 31 2024
HO-2000

*Thanks for letting us serve you...*

Page  1 of  4

3200  02

20  001576  H



**NAMED INSURED**

HERNANDEZ, ASHLEY & SHAKE,
SAMSON DALLAS

**MORTGAGEE AND ADDITIONAL INTERESTS**

## SECTION I - PROPERTY COVERAGES AND LIMITS

| Coverage | Limit of Liability |
|---|---|
| A Dwelling | $ 618,700 |
| Other Structures | $ 61,870 |
| B Personal Property | $ 464,025 |
| C Loss of Use | $ 185,610 |

**Additional Coverages**

| | |
|---|---|
| Arson Reward | $1,000 |
| Credit Card, Bank Fund Transfer Card, Forgery, and Counterfeit Money | $1,000 |
| Debris Removal | Additional 5% available/$1,000 tree debris |
| Fire Department Service Charge | $500 per occurrence |
| Fuel Oil Release | $10,000 |
| Locks and Remote Devices | $1,000 |
| Trees, Shrubs, and Landscaping | 5% of Coverage A amount/$750 per item |

## SECTION II - LIABILITY COVERAGES AND LIMITS

| Coverage | Limit of Liability |
|---|---|
| L Personal Liability (Each Occurrence) | $ 300,000 |
| Damage to the Property of Others | $ 1,000 |
| M Medical Payments to Others (Each Person) | $ 5,000 |

## INFLATION

Inflation Coverage Index: 396.0

## DEDUCTIBLES

| Section I Deductible | Deductible Amount |
|---|---|
| All Losses | $ 2,000 |

## LOSS SETTLEMENT PROVISIONS

A1  Replacement Cost - Similar Construction
B1  Limited Replacement Cost - Coverage B

57-EW-E367-0  **StateFarm**

## FORMS, OPTIONS, AND ENDORSEMENTS

| | |
|---|---|
| HW-2105 | Homeowners Policy |
| Option ID | Increase Dwlg up to $309,350 |
| Option OL | Ordinance/Law   50%/  $309,350 |
| Option JF | Jewelry and Furs $1,500 Each Article/$2,500 Aggregate |
| HO-2362 | State of Emergency Amendatory |
| HO-2447.1 | Personal Injury Endorsement |
| HO-2622.1 | Back-Up Of Sewer Or Drain - 5% of Coverage A/$ 30,935 |
| HO-2213 | Amendatory Endorsement |

## ADDITIONAL MESSAGES

The limit of liability for this structure (Coverage A) is based on an estimate of the cost to rebuild your home, including an approximate cost for labor and materials in your area, and specific information that you have provided about your home.

**CALIFORNIA LAW REQUIRES US TO PROVIDE THE FOLLOWING NOTICE: Our records indicate that you have not purchased earthquake coverage.**

Anti-Fraud Disclosure - For your protection California law requires the following to appear on this form: Any person who knowingly presents false or fraudulent information to obtain or amend insurance coverage or to make a claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

State Farm uses geographic rating that considers wildfire risk associated with your address. The range of available premium adjustments is currently   -47.0% to   682.8%, and your adjustment is   -42.0%. If the listed address is not correct, the premium adjustments may be impacted. To appeal the premium due to an incorrect address, please contact your State Farm® agent.

**Other limits and exclusions may apply - refer to your policy**

Your policy consists of these Declarations, the Homeowners Policy shown above, and any other forms and endorsements that apply, including those shown above as well as those issued subsequent to the issuance of this policy.

This policy is issued by the State Farm General Insurance Company.

**Participating Policy**

You are entitled to participate in a distribution of the earnings of the company as determined by our Board of Directors in accordance with the Company's Articles of Incorporation, as amended.

In Witness Whereof, the State Farm General Insurance Company has caused this policy to be signed by its President and Secretary at Bloomington, Illinois.

*Lynne M. Yaxell*
Secretary

*Thomas Conley*
President



## Your coverage amount....

It is up to you to choose the coverages and limits that meet your needs. We recommend that you purchase a coverage limit at least equal to the estimated replacement cost of your home. Replacement cost estimates are available from building contractors and replacement cost appraisers, or, your agent can provide an Xactware estimate using information you provide about your home. We can accept the type of estimate you choose as long as it provides a reasonable level of detail about your home. State Farm® does not guarantee that any estimate will be the actual future cost to rebuild your home. Higher limits are available at higher premiums. Lower limits are also available, which if selected may make certain coverages unavailable to you. We encourage you to periodically review your coverages and limits with your agent and to notify us of any changes or additions to your home.

JAN 31 2024

01F1081A

HO-2000

| POLICY NUMBER | 57-EW-E367-0 |
|---|---|
| | |
| | |
| | |

## NOTICE TO CONSUMERS - CALIFORNIA RESIDENTIAL INSURANCE DISCLOSURE

This disclosure is required by Section 10102 of the California Insurance Code. This form provides general information related to residential property insurance and is not part of your residential property insurance policy. Only the specific provisions of your policy will determine whether a particular loss is covered and the amount payable. The information provided does not preempt existing California law.

### PRIMARY FORMS OF RESIDENTIAL DWELLING COVERAGE

> You have purchased the coverage(s) checked below. NOTE: Actual Cash Value Coverage is the most limited level of coverage listed. Guaranteed Replacement Cost is the broadest level of coverage.

☐ **ACTUAL CASH VALUE COVERAGE** for either a total or partial loss to the structure or its contents pays the amount it would cost you to repair, rebuild, or replace the thing lost or injured, less a fair and reasonable deduction for physical depreciation based upon its condition at the time of the injury or the policy limit, whichever is less. A deduction for physical depreciation applies only to components of a structure that are normally subject to repair and replacement during the useful life of that structure.

☐ **REPLACEMENT COST COVERAGE** is intended to provide for the cost to repair or replace the damaged or destroyed dwelling, without a deduction for physical depreciation. Many policies pay only the dwelling's actual cash value until the insured has actually begun or completed repairs or reconstruction on the dwelling. Coverage only pays for replacement costs up to the limits specified in your policy.

☒ **EXTENDED REPLACEMENT COST COVERAGE** is intended to provide for the cost to repair or replace the damaged or destroyed dwelling without a deduction for physical depreciation. Many policies pay only the dwelling's actual cash value until the insured has actually begun or completed repairs or reconstruction on the dwelling. Extended Replacement Cost provides additional coverage above the dwelling limits up to a stated percentage or specific dollar amount. See your policy for the additional coverage that applies. Not available for Manufactured Home policies.

☐ **GUARANTEED REPLACEMENT COST COVERAGE** covers the full cost to repair or replace the damaged or destroyed dwelling for a covered peril regardless of the dwelling limits shown on the policy declarations page. Not available through State Farm.

☒ **BUILDING CODE UPGRADE COVERAGE,** also called Ordinance and Law coverage, is an important option that covers additional costs to repair or replace a dwelling to comply with the building codes and zoning laws in effect at the time of loss or rebuilding. These costs may otherwise be excluded by your policy. Meeting current building code requirements can add significant costs to rebuilding your home. Refer to your policy or endorsement for the specific coverage provided and coverage limits that apply.

### FIRE SAFETY-RELATED DISCOUNTS OFFERED

**Automatic Sprinkler Discount** may be available for polices on dwellings that have partial or complete fire sprinkler systems installed. Discounts may vary depending on whether the sprinkler system is complete or partial. (Applicable to Homeowners, Condominium Unitowners, Farm/Ranch, Rental Dwelling, Rental Condominium Unitowners, and Apartment)

**Construction Discount** may be available if the home is constructed with Fire-Resistive construction. This may be defined as a building with walls, floor, and roof constructed entirely of masonry or fire resistive materials with a Fire Resistance rating of not less than one hour. (Applicable to Homeowners, Farm/Ranch, Rental Dwelling, Rental Condominium Unitowners, and Apartment)

Prepared   JAN 31 2024          **CONTINUED ON REVERSE SIDE**

CONTINUED FROM FRONT

**Individual Risk Premium Modification** may be available for various fire mitigating elements including, but not limited to: proximity to fire station, number of fire extinguishers, ease of access to interior and/or upper floors for fire control. (Applicable to Farm/Ranch only)

**Home Alert Protection/Protective Devices Discount** may be available to customers having a home alert system or device in their home. This includes fire and burglar alarms, detection systems, and devices installed in a residence that alert the homeowner to fire or break-ins. Discounts vary based upon the type of system or equipment installed.   (Applicable to Homeowners, Condominium Unitowners, Farm/Ranch, Manufactured Home, Rental Dwelling, Rental Condominium Unitowners, and Apartment)

**READ YOUR POLICY AND POLICY DECLARATIONS PAGE CAREFULLY:** The policy declarations page shows the specific coverage limits you have purchased for your dwelling, personal property, separate structures such as detached garages, and additional living expenses. The actual policy and endorsements provide the details on extensions of coverage, limitations of coverage, and coverage conditions and exclusions. The amount of any claim payment made to you will be reduced by any applicable deductibles shown on your policy declarations page. It is important to take the time to consider whether the limits and limitations of your policy meet your needs. Contact your agent, broker, or insurance company if you have questions about what is covered or if you want to discuss your coverage options.

**INFORMATION YOU SHOULD KNOW ABOUT RESIDENTIAL DWELLING INSURANCE**

**AVOID BEING UNDERINSURED:** Insuring your home for less than its replacement cost may result in your having to pay thousands of dollars out of your own pocket to rebuild your home if it is completely destroyed. Contact your agent, broker, or insurance company immediately if you believe your policy limits may be inadequate.

**THE RESIDENTIAL DWELLING COVERAGE LIMIT:** The coverage limit on the dwelling structure should be high enough so you can rebuild your home if it is completely destroyed. Please note:

* The cost to rebuild your home is almost always different from the market value.
* Dwelling coverage limits do not cover the value of your land.
* The estimate to rebuild your home should be based on construction costs in your area and should be adjusted to account for the features of your home. These features include but are not limited to the square footage, type of foundation, number of stories, and the quality of the materials used for items such as flooring, countertops, windows, cabinetry, lighting and plumbing.
* The cost to rebuild your home should be adjusted each year to account for inflation.
* Coverage limits for contents, separate structures, additional living expenses and debris removal are usually based on a percentage of the limit for the dwelling. If your dwelling limit is too low, these coverage limits may also be too low.

You are encouraged to obtain a current estimate of the cost to rebuild your home from your insurance agent, broker, or insurance company or an independent appraisal from a local contractor, architect, or real estate appraiser. If you do obtain an estimate of replacement value, and wish to change your policy limits, contact your insurance company. While not a guarantee, a current estimate can help protect you against being underinsured.

**DEMAND SURGE:** After a widespread disaster, the cost of construction can increase dramatically as a result of the unusually high demand for contractors, building supplies and construction labor. This effect is known as demand surge. Demand surge can increase the cost of rebuilding your home. Consider increasing your coverage limits or purchasing Extended Replacement Cost coverage to prepare for this possibility.

**CHANGES TO PROPERTY:** Changes to your property may increase its replacement cost. These changes may include the building of additions, customizing your kitchen or bathrooms, or otherwise remodeling your home. Failure to advise your insurance company of any significant changes to your property may result in your home being underinsured.

**EXCLUSIONS:**  Not all causes of damage are covered by common homeowners or residential fire policies. You need to read your policy to see what causes of loss or perils are not covered. Coverage for landslide is typically excluded. Some excluded perils such as earthquake or flood can be purchased as an endorsement to your policy or as a separate policy. Contact your agent, broker, or insurance company if you have a concern about any of the exclusions in your policy.

**CONTENTS (PERSONAL PROPERTY) COVERAGE DISCLOSURE:**

This disclosure form does not explain the types of contents coverage provided by your policy for items such as your furniture or clothing. Contents may be covered on either an actual cash value or replacement cost basis depending on the contract. Almost all policies include specific dollar limitations on certain property that is particularly valuable such as jewelry, art, or silverware. Contact your agent, broker or insurance company if you have any questions about your contents coverage. You should create a list of all personal property in and around your home. Pictures and video recordings also help you document your property. The list, photos, and video should be stored away from your home.

**CONSUMER ASSISTANCE**

If you have any concerns or questions, contact your agent, broker, or insurance company. You are also encouraged to contact the California Department of Insurance consumer information line at (800) 927-HELP (4357) or at www.insurance.ca.gov for free insurance assistance.

Prepared   JAN 31 2024

**57-EW-E367-0**      **010952**

553-4350 CA
Page 1 of 1

## IMPORTANT NOTICE

### Building Code Upgrade Coverage

In accordance with California law, this notice pertains to terms, limits, conditions, or restrictions for building code upgrade coverage.

If your policy includes building code upgrade coverage:

- The limit for building code upgrade is stated in the Declarations as a percentage of the Coverage A limit. This is an additional amount of insurance and applies to building structures on the residence premises.

- Any payment for building code upgrade will be based on any ordinance or law, in effect at the time of the loss, regulating the construction or repair of the damaged property.

- We will not pay for any increased cost of construction due to any original or subsequent construction to a building structure that did not comply with a building, zoning, or land use ordinance or law in effect when the construction was performed.

- We will not pay more than the increased cost to repair or rebuild the building structure at the same premises, or another premises in the same general vicinity if relocation is required by ordinance or law, with the same height, floor area, and style.

*DISCLAIMER: This notice is not a statement of contract. This notice does not change, modify, or invalidate the provisions, terms, or conditions as set forth in your State Farm policy booklet, the most recently issued declarations, and any applicable endorsements.*

553-4350 CA

553-4309 CA

## Important Notice About Your Policy

**NEW COVERAGE OPTIONS are now available**

- **Option ID – Increased Dwelling Limit**   If your home is insured for at least 100% of its estimated replacement cost, Option ID – Increased Dwelling Limit is automatically part of your policy. Option ID provides an additional 20% of the coverage on your home in case the amount to repair or replace it exceeds the coverage. You may increase the coverage provided by Option ID to 50% of the coverage on your home for additional premium.

- **Personal property coverage**   A State Farm® Homeowners policy typically provides coverage for household furnishings and other personal property equal to 75% of the coverage on your home. If you don't need that much coverage for your personal property, you may be eligible to lower it to 25% or 50% of the coverage on your home.

If you'd like more information or to make these coverage changes, please contact your State Farm agent.

553-4309 CA

(CONTINUED)

553-4440 CA
Page 1 of 1

## IMPORTANT NOTICE

### WILDFIRE MITIGATION DISCOUNTS AVAILABLE

The following discounts are available for policyholders who take certain proactive steps to protect their dwelling from wildfire:

- **Wildfire Mitigation Discount – Community Level**
  - o A -2% basic premium adjustment will apply to policies located within a community that is recognized by the Firewise USA® Program.
- **Wildfire Mitigation Discount – Property Level**
  - o A -5% basic premium adjustment will apply to policies that meet certain qualification criteria for property characteristics such as roof material, defensible space, and siding material.

Please refer to the Renewal Declarations page to see whether these discounts apply to your policy. If you would like to discuss the criteria for this discount or appeal the premium adjustment, please contact your State Farm® agent.

---

*DISCLAIMER: This notice only provides a general summary of changes to your State Farm policy. This notice is not a statement of contract. This notice does not change, modify, or invalidate the provisions, terms, or conditions as set forth in your State Farm policy booklet, the most recently issued declarations, and any applicable endorsements.*

---

553-4440 CA

553-3158 CA

## Important Reminder . . .

Under the Utility Rating Plan, premiums may increase when any of the utility systems (electrical, plumbing, heating, and cooling) in your dwelling insured by this policy become 40 years old. Your premiums may be reduced if you have:

(1) Completely replaced all utility systems (electrical, plumbing, heating, and cooling) in the last 40 years; or

(2) Replaced the heating equipment, air conditioning equipment, electrical service entrance and distribution panel in the last 16 years.

Please ask your State Farm® agent for details.

553-3158 CA (C)      (11/09)

(CONTINUED)

57-EW-E367-0    010953

553-2798

## IMPORTANT NOTICE . . . Discounts and Rating

The longer you are insured with State Farm® and the fewer claims you have, the lower your premium.  For policyholders insured by State Farm for three or more years, the Claim Free Discount Plan provides a premium discount if you have not had any claims considered for the Plan in the most recent three-year period since becoming insured with State Farm.  Premium adjustments under the Claim Record Rating Plan are based on the number of years you have been insured with State Farm and on the number of claims that we consider for the Plan.  Depending on the Plan(s) that applies in your state/province, claims considered for the Plans generally include claims resulting in a paid loss and may include weather-related claims.  Additionally, depending on your state/province's plan and your tenure with State Farm, any claims with your prior insurer resulting in property damage or injury may also influence your premium.  For further information about whether a Claim Free Discount is in effect in your state/province, the Claim Record Rating Plan that applies in your state/province, and the claims we consider for the Plans, please contact your State Farm agent.

553-2798 (C)        (10/07)

553-4218 CA.1
Page 1 of 1

## IMPORTANT NOTICE

### Premium Adjustment

Insurance premiums have been adjusted to more adequately reflect expected costs. Any premium adjustment is reflected on your enclosed renewal notice and may be impacted by several factors including the coverage you have, and applicable discounts or charges.

The enclosed Renewal Declarations reflects your new premium.

We want to assure you that State Farm® works hard to offer you the best combination of cost, service, and protection. We will continue doing our best to make the most effective use of your premium dollars and give you fast, friendly service when you need it.

If you have any questions about your premium or policy coverages, please contact your State Farm agent.

553-4218 CA.1

(CONTINUED)

553-4157

# NOTICE TO POLICYHOLDER

For a comprehensive description of coverages and forms, please refer to your policy.

Policy changes that you requested before the "Date Prepared" on your Renewal Declarations are effective on the renewal date of this policy unless indicated otherwise by a separate endorsement, binder or Amended Declarations Page.  Any coverage forms or endorsements included with your Renewal Declarations are effective on the renewal date of this policy.

Policy changes that you requested after the "Date Prepared" on your Renewal Declarations will be sent to you as an Amended Declarations Page or as an endorsement to your policy.  You will be billed for any resulting premium increase later.

If you have acquired any valuable property items, made any improvements to your home, or have questions about your insurance coverage, please contact your State Farm® agent.

553-4157 (C)

**553-4466**

# IMPORTANT NOTICE ABOUT YOUR POLICY
## Wildfire Defense Systems Service Discontinuation

- Over the last few years, under an agreement with a third-party vendor, wildfire protection services were available to State Farm® customers at no cost. While we will continue to explore other opportunities for mitigating wildfire losses, this service is suspended, consistent with the terms of the policy and endorsements.

- Additional resources regarding wildfire safety can be found at Statefarm.com/simple-insights/residence/wildfire-safety-tips.

We appreciate your business. If you would like more information please contact your State Farm agent.

**553-4466**



This policy is one of the broadest forms available today, and provides you with outstanding value for your insurance dollars.   However, we want to point out that every policy contains limitations and exclusions.   Please read your policy carefully, especially "Losses Not Insured" and all exclusions.

# State Farm®
# Homeowners Policy

**California**
HW-2105

# HOMEOWNERS POLICY
# TABLE OF CONTENTS

**AGREEMENT** ...................................................1

**DEFINITIONS** ................................................1

**DEDUCTIBLE** ................................................5

**SECTION I – PROPERTY COVERAGES** ......................5

  **COVERAGE A – DWELLING**....................................5

    Dwelling.................................................5

    Other Structures .......................................5

    Property Not Covered.....................................5

  **COVERAGE B – PERSONAL PROPERTY** .............5

    Property Covered .......................................5

    Special Limits of Liability .................................6

    Property Not Covered......................................6

  **COVERAGE C – LOSS OF USE**...............................7

    Additional Living Expense .................................7

    Fair Rental Value.........................................8

    Prohibited Use ...................................................8

  **SECTION I – PROPERTY SUBJECT TO LIMITATIONS**.......................................8

  **SECTION I – ADDITIONAL COVERAGES**................9

    Debris Removal.................................................9

    Temporary Repairs...........................................9

    Trees, Shrubs, and Landscaping ......................9

    Fire Department Service Charge......................10

    Property Removed .........................................10

    Credit Card, Bank Fund Transfer Card, Forgery, and Counterfeit Money.......................10

    Power Interruption ...........................................10

    Refrigerated Products .....................................10

    Arson Reward.................................................10

    Volcanic Action...............................................11

    Collapse ...........................................................11

    Locks and Remote Devices..............................12

    Fuel Oil Release...............................................12

    Home Certification...........................................12

**INFLATION COVERAGE** .......................................12

**SECTION I – LOSSES INSURED** ...............................12

  **COVERAGE A – DWELLING**..................................12

  **COVERAGE B – PERSONAL PROPERTY** .............12

**SECTION I – LOSSES NOT INSURED**.......................15

**SECTION I – LOSS SETTLEMENT** ............................19

  **COVERAGE A – DWELLING**..................................19

    A1 – Replacement Cost Loss Settlement – Similar Construction .........................................19

    A2 – Replacement Cost Loss Settlement – Common Construction.....................................19

  **COVERAGE B – PERSONAL PROPERTY** .............19

    B1 – Limited Replacement Cost Loss Settlement .......................................................19

    B2 – Depreciated Loss Settlement ...................20

**SECTION I – CONDITIONS**...........................................20

    Insurable Interest and Limit of Liability ..............20

    Your Duties After Loss .....................................20

    Loss to a Pair or Set........................................21

    Appraisal...........................................................21

    Other Insurance...............................................22

    Suit Against Us.................................................22

    Our Option .......................................................22

    Loss Payment..................................................22

    Abandonment of Property.................................23

    Mortgagee Clause ...........................................23

    No Benefit to Bailee.........................................23

    Recovered Property..........................................23

    Assignment of Claim........................................23

**SECTION II – LIABILITY COVERAGES**.....................23

  **COVERAGE L – PERSONAL LIABILITY** ................23

  **COVERAGE M – MEDICAL PAYMENTS TO OTHERS**................................................................24

©, Copyright, State Farm Mutual Automobile Insurance Company, 2019

HW-2105

**SECTION II – ADDITIONAL COVERAGES**.............24
    Claim Expenses ...............................................24
    First Aid Expenses .........................................24
    Damage to Property of Others .........................24
**SECTION II – EXCLUSIONS**.......................................25
**SECTION II – CONDITIONS** ........................................29
    Limit of Liability...............................................29
    Severability of Insurance .................................29
    Duties After Loss ............................................29
    Coverage M Requirements ..............................29
    Payment of Claim – Coverage M or Damage to Property of Others ........................................30
    Suit Against Us.................................................30
    Bankruptcy of an Insured .................................30
    Other Insurance – Coverage L .........................30
**SECTION I AND SECTION II – CONDITIONS**.............30
    Policy Period ...................................................30
    Concealment or Fraud.....................................30
    Liberalization Clause .......................................30
    Waiver or Change of Policy Provisions ............30
    Cancellation.....................................................30
    Nonrenewal .....................................................31
    Assignment of Policy .......................................31

    Subrogation and Reimbursement......................31
    Death...............................................................31
    Conformity to State Law ..................................31
    Premium ..........................................................32
    Right to Inspect................................................32
    Joint and Individual Interests...........................32
    Change of Policy Address ................................32
    Our Rights Regarding Claim Information..........32
    Duties Regarding Claim Information.................33
**WORKERS' COMPENSATION**.....................................33
**OPTIONAL POLICY PROVISIONS**..............................35
    Option AI – Additional Insured..........................35
    Option BP – Business Property.........................35
    Option BU – Business Pursuits .........................35
    Option FA – Firearms ......................................36
    Option ID – Increased Dwelling Limit ...............37
    Option IO – Incidental Business .......................37
    Option JF – Jewelry and Furs...........................38
    Option OL – Building Ordinance or Law...........38
    Option SG – Silverware and Goldware Theft ................................................................39

©, Copyright, State Farm Mutual Automobile Insurance Company, 2019

HW-2105

# HOMEOWNERS POLICY
## AGREEMENT

*We* agree to provide the insurance described in this policy:

1. based on *your* payment of premium, in a form acceptable to *us*, for the coverages *you* chose;

2. based on *your* compliance with all applicable provisions of this policy; and

3. based on the information *you* have given *us* and *your* statements in this agreement.

*You* agree, by acceptance of this policy, that:

1. *you* will pay premiums when due and comply with the provisions of this policy;

2. the statements in this agreement are *your* statements and are true;

3. *we* insure *you* on the basis *your* statements are true; and

4. this policy contains all of the agreements between *you* and *us* and any of *our* agents.

Unless otherwise indicated in the application, *you* state that during the five years preceding the time of *your* application for this insurance *you* have not had any losses, insured or not.

When *you* request changes to this policy, or the information or factors used to calculate the premium for this policy changes during the policy period, *we* may adjust the premium in accordance with the change during the policy period and *you* must pay any additional premium due within the time *we* specify.

## DEFINITIONS

*We* define the following words and phrases for use throughout this policy.  These definitions apply to the singular, plural, and possessive forms of these words and phrases.  Defined words and phrases are printed in bold italics.

1. *"bodily injury"* means physical injury, sickness, or disease to a person. This includes required care, loss of services, and death resulting therefrom.

   *Bodily injury* does not include:

   a. any of the following which are communicable: disease, bacteria, parasite, virus, or other organism, any of which are transmitted by any *insured* to any other person;

   b. the actual or alleged exposure to any such disease, bacteria, parasite, virus, or other organism by any *insured* to any other person; or

   c. emotional distress, mental anguish, humiliation, mental distress, mental injury, or any similar injury unless it arises out of actual physical injury to some person.

2. *"building structure"* means a structure fully enclosed with permanent walls and a roof.  A permanent wall or roof does not include any kind of temporary materials including but not limited to tarps, plastic sheeting, or other similar material.  A

structure that is otherwise fully enclosed with permanent walls and a roof, that is undergoing repairs due to a recent *loss insured*, using materials such as tarps, plastic sheeting, or other similar material, is still considered a *building structure*.

A *building structure* includes:

a. the foundation supporting the structure, including:

   (1) slabs;

   (2) basement walls;

   (3) crawl space walls;

   (4) footings; and

   (5) gravel, stone, or sand, used as fill material and located not more than 12 inches directly below a slab described in item a.(1), including water supply lines, domestic water pipes, and sewer pipes located within this fill material; and

b. wall-to-wall carpeting attached to the structure.

3. *"business"* means any full-time or part-time activity, trade, profession, employment, or occupation or a commercial, mercantile, or industrial undertaking of an economic nature. It does not matter whether

1

©, Copyright, State Farm Mutual Automobile Insurance Company, 2019

it is continuous or regular, is a secondary or supplemental source of income, or is an *insured's* principal means of livelihood. Profit and profit motive are irrelevant.

*Business* does not include:

a.  volunteer activities for a not-for-profit or non-profit organization or public agency for which no money is received other than payment of expenses;

b.  incidental and infrequent personal economic activity such as a hobby, garage or yard sale, or traditional farm activities when the farm products are intended only for the personal use of the *insured*;

c.  any occasional or part-time self-employed activity by a person under 19 years of age that involves no employees or subcontracted independent contractors and is a type of activity normally performed by persons under 19 years of age, including but not limited to, child care, lawn mowing, or paper delivery;

d.  the ownership, maintenance, or use of systems and equipment used to generate electrical power, if:

(1)  the power generated is intended primarily for consumption on the *residence premises*; and

(2)  any resulting income is incidental, including but not limited to:

(a)  utility bill credits; or

(b)  incidental income;

derived from sending excess power back to the electricity grid; or

e.  ownership of the *residence premises* by the person or organization shown in the *Declarations* as Additional Insured.

4.  *"Declarations"* means the policy *Declarations*, any amended *Declarations*, the most recent renewal *Declarations*, an Evidence of Insurance form, or any endorsement changing any of these.

5.  *"diminution in value"* means any reduction in the value of any covered property prior to or following repair or replacement as compared to the value of that property immediately before the loss.

6.  *"dwelling"* means the *building structure* on the *residence premises* used as the primary private residence and includes structures attached to the *dwelling*.

7.  *"fungus"* means any type or form of *fungus*, including mold, mildew, mycotoxins, spores, scents, or byproducts produced or released by fungi.

8.  *"insured"* means:

a.  *you*;

b.  *your relatives*; and

c.  any other person under the age of 21 in the care of a person described above.

Under Section II, *insured* also means:

d.  the person or organization legally responsible for animals or watercraft to which this policy applies. However, the animal or watercraft must be owned by *you* or a person included in 8.b. or 8.c. above.  A person or organization using or having custody of these animals or watercraft in the course of a *business*, or without permission of the owner, is not an *insured*; and

e.  with respect to any vehicle to which this policy applies, any person while engaged in *your* employment or the employment of a person included in 8.b. or 8.c. above.

9.  *"insured location"* means:

a.  the *residence premises*;

b.  the part of any other premises, other structures, and grounds used by *you* as a residence. This includes premises, structures, and grounds *you* acquire while this policy is in effect for *your* use as a residence;

c.  any premises used by *you* in connection with the premises included in 9.a. or 9.b. above;

d.  any part of a premises not owned by an *insured* but where an *insured* is temporarily residing;

e.  land owned by or rented to an *insured* on which a one or two family dwelling is being constructed as a residence for an *insured*;

f.  individual or family cemetery plots or burial vaults owned by an *insured*;

g.  any part of a premises occasionally rented to an *insured* for purposes other than *business*;

©, Copyright, State Farm Mutual Automobile Insurance Company, 2019
HW-2105

h.  vacant land owned by or rented to an *insured*. For the purposes of this definition, vacant land does not include:

   (1)  farm land;

   (2)  land containing a residence; or

   (3)  land containing fences, corrals, boat docks, tool sheds, barns, grain bins, and similar structures, unless they are used solely for the personal use of the *insured*; or

i.  farm land (without buildings), rented or held for rental to others, but not to exceed a total of 500 acres, regardless of the number of locations.

10.  *"loss insured"* means a loss as described under **SECTION I – LOSSES INSURED**, **COVERAGE A – DWELLING** and **SECTION I – LOSSES INSURED**, **COVERAGE B – PERSONAL PROPERTY**.

11.  *"motor vehicle"*, when used in Section II of this policy, means:

a.  a land *motor vehicle* designed for travel on public roads or subject to motor vehicle registration;

b.  a trailer or semi-trailer designed for travel on public roads and subject to motor vehicle registration;

c.  a "recreational or utility vehicle" while off an *insured location*. "Recreational or utility vehicle" means a motorized vehicle designed for recreation or utility purposes, used principally off public roads, and that is owned or leased by an *insured*. This includes, but is not limited to, a motorized all-terrain vehicle, side-by-side vehicle, utility work vehicle, amphibious vehicle, dune buggy, go-cart, golf cart, snowmobile, trailbike, minibike, and personal assistive mobility device. "Leased" does not include temporary rental;

d.  a "locomotive" while off an *insured location*. "Locomotive" means a self-propelled vehicle for pulling or pushing freight or passenger cars on tracks that is large enough to carry a person and is owned or leased by an *insured*. "Leased" does not include temporary rental;

e.  a bulldozer, track loader, backhoe, high-hoe, trencher, grader, crane, self-propelled scraper, excavator, pipe-layer, cherry picker, tele-handler, logging vehicle, mining vehicle, or road building vehicle that is owned or leased by an *insured* while off an *insured location*. "Leased" does not include temporary rental; and

f.  any vehicle while being towed or pushed by or carried on a vehicle included in 11.a. through 11.e. above.

The following are not *motor vehicles*:

a.  a boat, camper, home, or utility trailer not being towed or pushed by or carried on a vehicle included in 11.a. through 11.e. above;

b.  a motorized land vehicle in storage on an *insured location* not intended to be operated for an extended period of time and rendered inoperable by placing the vehicle on blocks or removing parts essential for its operation;

c.  a motorized golf cart while used for golfing purposes;

d.  a motorized vehicle or trailer designed to assist persons with disabilities that is not designed for travel on public roads or subject to motor vehicle registration; or

e.  a commercially manufactured two, three, or four wheeled personal conveyance powered only by or assisted by an unmodified motor or engine with a manufacturer's power rating of no more than 1 horsepower and capable of a top speed of no more than 20 miles per hour.

12.  *"occurrence"*, when used in Section II of this policy, means an accident, including accidental exposure to conditions, which first results in:

a.  *bodily injury*; or

b.  *property damage*;

during the policy period. All *bodily injury* and *property damage* resulting from one accident, series of related accidents, or from continuous or repeated exposure to the same general conditions is considered to be one *occurrence*.

3

©, Copyright, State Farm Mutual Automobile Insurance Company, 2019

HW-2105

13. *"property damage"* means physical damage to or destruction of tangible property, including loss of use of this property. Theft or conversion of property by any *insured* is not *property damage*.

14. *"relative"* means any person related to *you* by:

    a. blood;

    b. adoption;

    c. marriage; or

    d. civil union, domestic partnership, or other substantially similar legal relationship that is recognized and valid in the state where, and at the time when, the legal relationship was established;

    and who resides primarily with *you*.

15. *"residence employee"* means an employee of an *insured*, or an employee leased to an *insured* by a labor leasing firm under an agreement between an *insured* and the labor leasing firm, who performs duties, including household or domestic services, in connection with the maintenance or use of the *residence premises*. This includes employees who perform similar duties elsewhere for *you*. This does not include employees while performing duties in connection with the *business* of an *insured*.

16. *"residence premises"* means:

    a. the one, two, three, or four family dwelling, other structures and grounds; or

    b. that part of any other *building structure*;

    where *you* reside and which is shown in the *Declarations*.

17. *"State Farm Companies"* means one or more of the following:

    a. State Farm Mutual Automobile Insurance Company;

    b. State Farm Fire and Casualty Company; and

    c. subsidiaries or affiliates of either 17.a. or 17.b. above.

18. *"vacant dwelling"* means:

    a. a dwelling:

        (1) that has not been occupied as a residence for more than 30 consecutive days immediately before the loss; and

        (2) where a predominant amount of personal property has been removed or is absent such that the dwelling is not functional as a habitual place of residence.

        A dwelling will be considered occupied only if it is being used as a habitual place of residence with *your* knowledge and approval.

    b. A dwelling that is under active construction will not be considered a *vacant dwelling*. A dwelling is under active construction when it is:

        (1) being built as a new structure;

        (2) being repaired due to damage otherwise covered by this policy; or

        (3) undergoing substantial improvements, renovations, remodeling, or modifications;

        and the construction results in substantial continuing activities by persons associated with the construction project at the premises during the relevant time periods.

19. *"we"*, *"us"*, and *"our"* mean the Company shown in the *Declarations*.

20. *"you"* and *"your"* mean the person or persons shown as "Named Insured" in the *Declarations*. If a "Named Insured" shown in the *Declarations* is a human being, then *you* and *your* include:

    a. a spouse of a "Named Insured";

    b. a party to a civil union with a "Named Insured";

    c. a domestic partner of a "Named Insured"; or

    d. a person in a substantially similar legal relationship with a "Named Insured";

    if such relationship is recognized and valid in the state where, and at the time when, the legal relationship was established, so long as the person in the above relationship resides primarily with that "Named Insured".

©, Copyright, State Farm Mutual Automobile Insurance Company, 2019

# DEDUCTIBLE

In case of loss under this policy, *we* will pay, subject to specified policy limits, only that part of the amount of the loss that exceeds the deductible amount shown in the *Declarations*. Deductibles will be applied per occurrence. Deductibles apply to specific losses as described in this policy.

## SECTION I – PROPERTY COVERAGES

### COVERAGE A – DWELLING

1. **Dwelling.** *We* cover the *dwelling* and materials and supplies located on or adjacent to the *residence premises* for use in the construction, alteration, or repair of the *dwelling* or other structures on the *residence premises*.

2. **Other Structures.** *We* cover other structures on the *residence premises*, separated from the *dwelling* by clear space. Structures connected to the *dwelling* by only a fence, utility line, or similar connection are considered to be other structures.

   *We* do not cover other structures:

   a. not permanently attached to or otherwise forming a part of the realty;

   b. used either completely or in part for *business* purposes unless such use consists solely of office space for paperwork, computer work, or use of a telephone, and consists solely of activities that are:

      (1) duties of the *insured's* employment by another; and

      (2) performed solely by the *insured*; or

   c. rented or held for rental unless:

      (1) rented to a person who is a tenant of the *dwelling*;

      (2) rented for use solely as a private garage; or

      (3) rented either completely or in part, for exclusive use as a residence, for no more than 30 nights in the 12-month period prior to the date of the loss.

3. **Property Not Covered.** *We* do not cover:

   a. land, including the land necessary to support any Coverage A property. *We* also do not cover:

      (1) any costs required to replace, rebuild, stabilize, or otherwise restore the land; or

      (2) the costs of repair techniques designed to compensate for or prevent land instability to any property, whether or not insured under Coverage A;

   b. trees, shrubs, live or artificial plants, lawns, or artificial grass, except as provided in **SECTION I – ADDITIONAL COVERAGES**, **Trees, Shrubs, and Landscaping**; or

   c. systems and equipment used to generate electrical power, unless:

      (1) the power generated is intended primarily for consumption on the *residence premises*; and

      (2) any resulting income is incidental, including but not limited to:

         (a) utility bill credits; or

         (b) incidental income;

         derived from sending excess power back to the electricity grid.

### COVERAGE B – PERSONAL PROPERTY

1. **Property Covered.**

   a. *We* cover personal property owned or used by an *insured* while it is anywhere in the world. This includes structures not permanently attached to or otherwise forming a part of the realty. At *your* request, *we* will cover personal property:

      (1) owned by others while the property is on the part of the *residence premises* occupied exclusively by an *insured*;

      (2) owned by a guest or a *residence employee*, while the property is in any other residence occupied by an *insured*; and

      (3) owned by roomers, boarders, tenants, and other residents, any of whom are related to *you*.

   b. *We* cover personal property usually located at an *insured's* residence, other than the *residence premises*, for up to $1,000 or 10% of the Coverage B limit, whichever is greater. This limitation does not apply to personal property:

©, Copyright, State Farm Mutual Automobile Insurance Company, 2019
HW-2105

(1) in a newly acquired principal residence for the first 30 days after *you* start moving the property there. If the *residence premises* is a newly acquired principal residence, personal property in *your* immediate past principal residence is not subject to this limitation for the first 30 days after the inception of this policy; and

(2) of a student who is an *insured* while located at a residence away from the *residence premises*.

**Special Limits of Liability.** These limits do not increase the Coverage B limit. The special limit for each of the following categories is the total limit for each loss for all property in that category:

a. $200 on money, coins, and medals, including any of these that are a part of a collection, bank notes, bullion, gold other than goldware, silver other than silverware, and platinum;

b. $1,500 on property used or intended for use in a *business*, including merchandise held as samples or for sale or for delivery after sale, while on the *residence premises*. This coverage is limited to $750 on such property away from the *residence premises*.

Electronic data processing system equipment or the recording or storage media used with that equipment is not included under this coverage, and is addressed in item c. below;

c. $10,000 on electronic data processing system equipment used or intended for use in a *business*, including but not limited to computers, tablets, mobile personal communication equipment, global positioning systems, mobile personal electronic devices used for the reproduction of sound, and standard media or non-media equipment for use with the above devices;

d. $1,500 on securities, checks, cashiers checks, travelers checks, money orders, gift certificates, gift cards, rechargeable debit cards, phone cards, and other negotiable instruments, accounts, deeds, evidences of debt, letters of credit, notes other than bank notes, manuscripts, passports, and tickets;

e. $1,500 on watercraft of all types and outboard motors, including their trailers, furnishings, and equipment;

f. $1,500 on trailers not used with watercraft;

g. $2,500 on stamps, trading cards, and comic books, including any of these that are a part of a collection;

h. $2,500 for loss by theft of firearms;

i. $2,500 for loss by theft of silverware and goldware;

j. $5,000 on any one article and $10,000 in the aggregate for loss by theft of any rug, carpet (except wall-to-wall carpet), tapestry, wall-hanging, or other similar article;

k. $1,000 on commercially manufactured two, three, or four wheeled personal conveyances powered only by or assisted by an unmodified motor or engine with a manufacturer's power rating of no more than 1 horsepower and capable of a top speed of no more than 20 miles per hour. This does not include such conveyances that are:

(1) designed for assisting persons with disabilities;

(2) not designed for travel on public roads; and

(3) not subject to motor vehicle registration; and

l. $1,000 for loss by theft of jewelry, watches, fur garments and garments trimmed with fur, and precious and semi-precious stones.

2. **Property Not Covered. *We*** do not cover:

a. articles separately described and specifically insured in this or any other insurance;

b. animals, birds, or fish;

c. any engine-propelled or motor-propelled vehicle or machine, including parts, designed for movement on land, except as provided in **Special Limits of Liability**, item k. However, *we* do cover those vehicles or machines:

(1) that are:

(a) not designed for travel on public roads; and

©, Copyright, State Farm Mutual Automobile Insurance Company, 2019

HW-2105

(b) not subject to motor vehicle registration;

(2) and that are:

(a) used primarily to service the *insured location*; or

(b) designed for assisting persons with disabilities;

d. any electronic equipment, devices, or accessories designed for the recording, reproduction, or storage of audio, video, photos, or other data that is permanently installed in or permanently fastened to an engine-propelled or motor-propelled vehicle or hard-wired directly to the vehicle's electrical system. *We* also do not cover removable products that may be used with the equipment or devices described above, including but not limited to tapes, discs, videos, or memory cards while in an engine-propelled or motor-propelled vehicle;

e. aircraft and parts. This does not apply to unmanned aircraft systems used as model aircraft and operated solely for recreational or hobby purposes;

f. property of roomers, boarders, tenants, and other residents not related to *you*;

g. property regularly rented or held for rental to others by an *insured*. This does not apply to property of an *insured*:

(1) in a sleeping room when the *dwelling* is rented in part, for use as a permanent residence, by either one or two full-time roomers or boarders; or

(2) on the *residence premises* if it is rented, either completely or in part, for exclusive use as a residence, for no more than 30 nights in the 12-month period prior to the date of the loss;

h. property rented or held for rental to others away from the *residence premises*;

i. any radio devices or transmitters, global positioning systems, radar or laser detectors, antennas, and all other similar equipment that is permanently installed in or permanently fastened to an engine-propelled or motor-propelled vehicle or that is hard-wired directly to the vehicle's electrical system;

j. books or records of accounts receivable, abstracts or other journals, architectural or technical drawings, card index systems, or other records. This does not apply to any recording or storage media for electronic data processing. *We* will cover the cost of blank books, cards, or other blank material plus the cost of labor *you* incur for transcribing or copying such records;

k. recording or storage media for electronic data processing that cannot be replaced with property of like kind and quality on the current retail market;

l. purchased or created audio, video, photos, or other data that cannot be replaced with like kind and quality on the current retail market and that is transferred or downloaded onto mobile communication equipment, global positioning systems, or electronic devices designed for the recording, reproduction, or storage of audio, video, photos, or other data;

m. contraband, or any property used in the course of illegal consumption, possession, import, export, or trade;

n. outdoor hardscape property used for aesthetic purposes except as provided in **SECTION I – ADDITIONAL COVERAGES**, **Trees, Shrubs, and Landscaping**; or

o. electronic currency, digital currency, virtual currency, crypto-currency, and other similar mediums of exchange.

## COVERAGE C – LOSS OF USE

The most *we* will pay for the sum of all losses combined under **Additional Living Expense**, **Fair Rental Value**, and **Prohibited Use** is the limit of liability shown in the *Declarations* for **Coverage C – Loss of Use**.

1. **Additional Living Expense.** When a *loss insured* causes the *residence premises* to become uninhabitable, *we* will pay the reasonable and necessary increase in cost incurred by an *insured* to maintain their normal standard of living for up to 24 months.

©, Copyright, State Farm Mutual Automobile Insurance Company, 2019
HW-2105

*Our* payment is limited to incurred costs for the shortest of:

a.  the time required to repair or replace the premises;

b.  the time required for *your* household to settle elsewhere; or

c.  24 months.

This period of time is not limited by the expiration of this policy.

In the event a *loss insured* arising from a state of emergency, as defined in Section 8558 of the Government Code, causes the *residence premises* to become uninhabitable, *we* may grant an extension of up to 12 additional months, for a total of 36 months, if *you*, acting in good faith and with reasonable diligence, encounter a delay or delays in the reconstruction process that are the result of circumstances beyond *your* control. Circumstances beyond *your* control include, but are not limited to:

a.  unavoidable construction permit delays;

b.  lack of necessary construction materials; or

c.  lack of available contractors to perform the necessary work.

*We* will not pay more than the limit of liability shown in the *Declarations* for **Coverage C – Loss of Use**. Any normal expenses that are reduced or discontinued due to a *loss insured* will be subtracted from any amount owed.

2.  **Fair Rental Value.**  When a *loss insured* causes that part of the *residence premises* rented to others or held for rental by *you* to become uninhabitable, *we* will pay its fair rental value. Payment will be for the shortest time required to repair or replace the part of the premises rented or held for rental, but not to exceed 12 months. This period of time is not limited by the expiration of this policy. Fair rental value will not include any expense that does not continue while that part of the *residence premises* rented or held for rental is uninhabitable.

3.  **Prohibited Use.**  *We* will pay Additional Living Expense and Fair Rental Value, for a continuous period not to exceed two weeks, beginning when a civil authority issues an order of evacuation or prohibits *your* use of the *residence premises*, provided that:

a.  direct physical damage occurs to any property, other than covered property located on the *residence premises*, arising from a cause of loss that would be a *loss insured* under this policy if the damage had occurred to property on the *residence premises*;

b.  the *residence premises* is within one mile of property damaged by a cause of loss identified in 3.a. above; and

c.  the action of the civil authority is taken in response to:

(1)  dangerous physical conditions resulting from the continuation of the cause of loss identified in 3.a. above;

(2)  dangerous physical conditions resulting from the damage caused by the cause of loss identified in 3.a. above; or

(3)  the need to gain free access to property damaged by the cause of loss identified in 3.a. above.

*We* will not pay for loss or expense due to cancellation of a lease or agreement.

**SECTION I – PROPERTY SUBJECT TO LIMITATIONS**

1.  *We* will not pay more than a total of $5,000 for all loss by *fungus* to:

a.  **COVERAGE B – PERSONAL PROPERTY** caused by or directly resulting from a peril described in **SECTION I – LOSSES INSURED, COVERAGE B – PERSONAL PROPERTY**; and

b.  **COVERAGE A – DWELLING** property caused by or directly resulting from a peril described in **SECTION I – LOSSES INSURED, COVERAGE B – PERSONAL PROPERTY** or a loss not otherwise excluded under **SECTION I – LOSSES NOT INSURED**.

Regardless of the number of structures or other property items insured, this single $5,000 limit of insurance is the most *we* will pay for loss in any one

©, Copyright, State Farm Mutual Automobile Insurance Company, 2019

*occurrence* for all Section I coverages and OP-TIONAL POLICY PROVISIONS combined.

2. This limitation applies to loss to all insured property, including all costs or expenses for:

   a. any loss of use or delay in rebuilding, repairing, or replacing covered property, including any associated cost or expense, due to interference at the described premises or location of the re-building, repair, or replacement of that property, by *fungus*;

   b. any remediation of *fungus*, including the cost or expense to:

      (1) remove or clean the *fungus* from covered property or to repair, restore, or replace that property;

      (2) tear out and replace any part of the build-ing or other property as needed to gain access to the *fungus*;

      (3) contain, treat, detoxify, neutralize, or dis-pose of or in any way respond to or as-sess the effects of the *fungus*; or

      (4) remove any property to protect it from the presence of or exposure to *fungus*;

   c. the cost of any testing or monitoring of air or property to confirm the type, absence, pres-ence, or level of *fungus*, whether performed prior to, during, or after removal, repair, resto-ration, or replacement of covered property.

## SECTION I – ADDITIONAL COVERAGES

The following Additional Coverages are subject to all the terms, provisions, exclusions, and conditions of this policy.

1. **Debris Removal.** *We* will pay the reasonable ex-penses *you* incur in the removal of debris of cov-ered property damaged by a *loss insured*. This expense is included in the limit applying to the dam-aged property. The following coverages and limits also apply:

   a. When the amount payable for the property dam-age plus the debris removal exceeds the limit for damaged property, an additional 5% of that limit is available for debris removal expense. This additional amount of insurance does not apply to

SECTION I – ADDITIONAL COVERAGES, **Trees, Shrubs, and Landscaping**.

   b. *We* will also pay up to $1,000 total for each loss to cover the reasonable expenses *you* in-cur in the removal of tree debris and stumps from the *residence premises*, unless other-wise excluded. This coverage applies when:

      (1) the tree has caused a *loss insured* to Coverage A property; or

      (2) the tree debris felled by windstorm, hail, or weight of snow or ice blocks:

         (a) the driveway, on the *residence prem-ises,* and prevents land *motor vehicle* access to or from the *dwelling*; or

         (b) a ramp designed to assist persons with disabilities, on the *residence premises*, and prevents access to or from a *building structure*.

2. **Temporary Repairs.** If damage is caused by a *loss insured*, *we* will pay the reasonable and necessary cost *you* incur for temporary repairs to covered property to protect the property from further immediate damage or loss. This coverage does not increase the limit ap-plying to the property being repaired.

3. **Trees, Shrubs, and Landscaping.** *We* will pay for accidental direct physical loss to outdoor:

   a. trees, shrubs, live or artificial plants, and lawns;

   b. artificial grass; and

   c. hardscape property used for aesthetic purposes not permanently affixed to realty;

on the *residence premises*, caused by the follow-ing perils: **Fire or lightning**, **Explosion**, **Riot or civil commotion**, **Aircraft**, **Vehicles** (not owned or operated by a resident of the *residence premises*), **Vandalism or malicious mischief**, or **Theft**.

The limit for this coverage, including the removal of debris, will not exceed 5% of the amount shown in the *Declarations* for **COVERAGE A – DWELLING**. *We* will not pay more than $750 for any one outdoor tree, shrub, plant, or hardscape item, including de-bris removal expense. This coverage may increase the limit otherwise applicable. *We* will not pay for any loss to property grown for *business* purposes.

9

HW-2105

©, Copyright, State Farm Mutual Automobile Insurance Company, 2019

4. **Fire Department Service Charge.** *We* will pay up to $500 per occurrence for fire department charges incurred when the fire department is called to save or protect Coverage A property from fire, lightning, or explosion. No deductible applies to this coverage. This coverage may increase the limit otherwise applicable.

5. **Property Removed.** *We* will pay for any accidental direct physical loss to covered property while being removed from a premises endangered by a *loss insured*. This coverage also applies to the property for up to 30 days while removed. *We* will also pay for reasonable expenses incurred by *you* for the removal and return of the covered property. This coverage does not increase the limit applying to the property being removed.

6. **Credit Card, Bank Fund Transfer Card, Forgery, and Counterfeit Money.**

   a. *We* will pay up to $1,000 for:

      (1) the legal obligation of an *insured* to pay because of the theft or unauthorized use of credit cards and bank fund transfer cards issued to or registered in an *insured's* name. If an *insured* has not complied with all terms and conditions under which the cards are issued, *we* will not pay for use by an *insured* or anyone else;

      (2) loss to an *insured* caused by forgery or alteration of any check or negotiable instrument; and

      (3) loss to an *insured* through acceptance in good faith of counterfeit United States or Canadian paper currency.

      No deductible applies to this coverage.

      *We* will not pay more than the limit stated above for forgery or alteration committed by any one person. This limit applies when the forgery or alteration involves one or more instruments in the same loss.

   b. *We* will not pay for loss arising out of *business* pursuits or dishonesty of an *insured*.

   c. Defense:

      (1) *We* may make any investigation and settle any claim or suit that *we* decide is appropriate. *Our* obligation to defend claims or suits ends when the amount *we* pay for the loss equals *our* limit of liability.

      (2) If claim is made or a suit is brought against an *insured* for liability under the Credit Card or Bank Fund Transfer Card coverage, *we* will provide a defense. This defense is at *our* expense by counsel of *our* choice.

      (3) *We* have the option to defend at *our* expense an *insured* or an *insured's* bank against any suit for the enforcement of payment under the Forgery coverage.

7. **Power Interruption.** *We* will pay for accidental direct physical loss caused directly or indirectly by a change of temperature that results from power interruption that takes place on the *residence premises*. The power interruption must be caused by a *loss insured* occurring on the *residence premises*. The power lines off the *residence premises* must remain energized. This coverage does not increase the limit applying to the damaged property.

8. **Refrigerated Products.** Coverage B is extended to cover the contents of deep freeze or refrigerated units on the *residence premises* for loss due to power failure or mechanical failure. If mechanical failure or power failure is known to *you*, all reasonable means must be used to protect the property insured from further damage or this coverage is void. Power failure or mechanical failure does not include:

   a. removal of a plug from an electrical outlet; or

   b. turning off an electrical switch unless caused by a *loss insured*.

   This coverage does not increase the limit applying to the damaged property.

9. **Arson Reward.** *We* will pay $1,000 for information that leads to an arson conviction in connection with a fire loss to property covered by this policy. This coverage may increase the limit otherwise applicable. However, the $1,000 limit will not be increased

©, Copyright, State Farm Mutual Automobile Insurance Company, 2019

regardless of the number of persons providing information.

10. **Volcanic Action.** *We* will pay for accidental direct physical loss to a covered *building structure* or covered property contained in a *building structure* resulting from the eruption of a volcano when the loss is directly and immediately caused by:

   a.  airborne volcanic shock waves;

   b.  ash, dust, or particulate matter; or

   c.  lava flow.

   *We* will also pay for the removal of that ash, dust, or particulate matter that has caused accidental direct physical loss to a covered *building structure* or covered property contained in a *building structure*.

   All volcanic eruptions that occur within any 360-hour period will be considered one volcanic eruption.

   This coverage does not increase the limit applying to the damaged property.

11. **Collapse.** *We* will pay for accidental direct physical loss to covered property involving the abrupt, entire collapse of a *building structure* or any part of a *building structure*.

   a.  Collapse means the abrupt and entire falling down, caving in, or falling into pieces of a *building structure* or any part of a *building structure*. Collapse does not include any of the following:

      (1)  settling, cracking, crumbling, deterioration, shrinking, bulging, expansion, sagging, bowing, leaning, or bending;

      (2)  substantial structural impairment;

      (3)  imminent or threatened collapse;

      (4)  a *building structure* or any part of a *building structure* that is in danger of falling down or caving in; or

      (5)  a part of a *building structure* that is standing even if:

         (a)  it has separated from another part of the *building structure*; or

      (b)  it shows evidence of settling, cracking, crumbling, deterioration, shrinking, bulging, expansion, sagging, bowing, leaning, or bending.

   b.  The collapse must be directly and immediately caused by one or more of the following:

      (1)  perils described in **SECTION I – LOSSES INSURED**, **COVERAGE B – PERSONAL PROPERTY**. These perils apply to *building structures* covered under Coverage A or Coverage B for loss insured by this Additional Coverage;

      (2)  decay or deterioration of, or damage from animals, birds, or insects to:

         (a)  a connector; or

         (b)  a structural member of a *building structure*;

         The decay, deterioration, or damage must be hidden from view and unknown to all *insureds* prior to the collapse;

      (3)  weight of contents, equipment, animals, or people;

      (4)  weight of ice, snow, sleet, or rain that collects on a roof, porch, or deck; or

      (5)  use of defective material or methods in the construction (includes remodeling or renovation) of the *building structure*, if the collapse occurs during the course of the construction of the *building structure*.

   Loss to awnings, fences, patios, pavement, swimming pools, underground pipes, flues, drains, cesspools, septic tanks, foundations (including slabs, basement walls, and crawl space walls), retaining walls, bulkheads, piers, wharfs, docks, trellises, or antennas and their supporting structures is not included under items (2), (3), and (4) immediately above unless the loss is the direct and immediate result of the collapse of a *building structure* or any part of a *building structure*.

   This coverage does not increase the limit applying to the damaged property.

©, Copyright, State Farm Mutual Automobile Insurance Company, 2019

12. **Locks and Remote Devices.** *We* will pay up to $1,000 for each loss for the reasonable expenses *you* incur to rekey, replace, recode, program, or reprogram locks on exterior doors to the *dwelling* or other structures located on the *residence premises* when the keys or remote devices used with those doors are part of a covered theft loss. This coverage includes remote devices designed solely for locking, unlocking, opening, or closing doors, including garage doors and gates.

   No deductible applies to this coverage.

13. **Fuel Oil Release.** *We* will pay up to $10,000 for each loss for accidental direct physical loss to covered property caused by the abrupt and accidental escape of liquid fuel oil from a fixed household tank, apparatus, or pipes that are part of a heating unit for the *dwelling*. This includes damage to covered property resulting from an accidental spill or overflow of fuel oil in the course of filling a fixed household tank.

   This coverage includes surface clean up only. *We* will not pay for:

   a.  the cost to repair or replace the fuel oil tank, apparatus, and pipes; or

   b.  the cost of testing, monitoring, removing, treating, or detoxifying of soil, air, or water.

   This coverage does not increase the limit applying to the damaged property.

14. **Home Certification.** If damage to covered property is caused by a *loss insured*, *we* will pay the reasonable increase in cost to repair or replace only the damaged property to maintain the *dwelling's* FORTIFIED HOME or FORTIFIED FOR SAFER LIVING certification in place at the time of the loss. This

coverage does not increase the limit applying to the damaged property.

*We* will not pay:

a.  any increase in cost until the repair or replacement of the property is complete; or

b.  for increased costs resulting from enforcement of any ordinance or law regulating the construction or repair of the *dwelling* except as provided under **OPTIONAL POLICY PROVISIONS**, **Option OL – Building Ordinance or Law**.

This coverage does not apply if Loss Settlement provision A2 – Replacement Cost Loss Settlement – Common Construction is shown in the *Declarations*.

## INFLATION COVERAGE

The limits of liability shown in the *Declarations* for Coverage A, Coverage B, and when applicable, Option ID will be increased at the same rate as the increase in the Inflation Coverage Index shown in the *Declarations*.

To find the limits on a given date:

1.  divide the Index on that date by the Index as of the effective date of this Inflation Coverage provision; then

2.  multiply the resulting factor by the limits of liability for Coverage A, Coverage B, and Option ID separately.

The limits of liability will not be reduced to less than the amounts shown in the *Declarations*.

If during the term of this policy the Coverage A limit of liability is changed at *your* request, the effective date of this Inflation Coverage provision is changed to coincide with the effective date of such change.

## SECTION I – LOSSES INSURED

### COVERAGE A – DWELLING

*We* will pay for accidental direct physical loss to the property described in Coverage A, unless the loss is excluded or limited in **SECTION I – LOSSES NOT INSURED** or otherwise excluded or limited in this policy. However, loss does not include and *we* will not pay for, any *diminution in value*.

### COVERAGE B – PERSONAL PROPERTY

*We* will pay for accidental direct physical loss to the property described in Coverage B caused by the following perils, unless the loss is excluded or limited in **SECTION I – LOSSES NOT INSURED** or otherwise excluded or limited in this policy. However, loss does not include and *we* will not pay for, any *diminution in value*.

©, Copyright, State Farm Mutual Automobile Insurance Company, 2019
HW-2105

1. **Fire or lightning.**

2. **Windstorm or hail.** This peril does not include loss to property contained in a structure caused by rain, snow, sleet, sand, or dust. This limitation does not apply when the direct force of wind or hail damages the structure causing an opening in a roof or wall and the rain, snow, sleet, sand, or dust enters through this opening.

   This peril includes loss to watercraft of all types and their trailers, furnishings, equipment, and outboard motors, only while inside a *building structure*.

3. **Explosion.**

4. **Riot or civil commotion.**

5. **Aircraft**, including self-propelled missiles and spacecraft.

6. **Vehicles**, meaning accidental direct physical loss to covered property caused by the weight, force, power, or movement of a vehicle.

   a.  This includes:

   (1)  the impact of a vehicle;

   (2)  an object propelled from the tire or body of a vehicle;

   (3)  the upset or collision of a vehicle with a stationary object or other vehicle, including damage to personal property carried on the exterior of the vehicle; or

   (4)  a vehicle door or trunk lid being closed on personal property.

   b.  This peril does not include loss:

   (1)  to personal property that falls off a vehicle and strikes the ground, any other surface, or any object;

   (2)  caused by shifting of the load being carried in or on a vehicle; or

   (3)  to the vehicle itself unless the vehicle is property covered under **COVERAGE B – PERSONAL PROPERTY** and the loss is caused by the weight, force,

power, or movement of another vehicle.

7. **Smoke**, meaning abrupt and accidental damage from smoke.

   This peril does not include loss caused by smoke from agricultural smudging or industrial operations.

8. **Vandalism or malicious mischief**, meaning only willful and malicious damage to or destruction of property.

9. **Theft**, including attempted theft and loss of property from a known location when it is probable that the property has been stolen.

   This peril does not include:

   a.  loss of a precious or semi-precious stone from its setting;

   b.  loss caused by theft:

   (1)  committed by an *insured* or by any other person regularly residing on the *insured location*. Property of a student who is an *insured* is covered while located at a residence away from the *residence premises*, if the theft is committed by a person who is not an *insured*;

   (2)  in or to a dwelling under construction or of materials and supplies for use in the construction until the dwelling is completed and occupied; or

   (3)  from the part of a *residence premises* rented to others:

   (a)  caused by a tenant, members of the tenant's household, or the tenant's employees unless the *residence premises* is rented, either completely or in part, for exclusive use as a residence, for no more than 30 nights in the 12-month period prior to the date of the loss;

   (b)  of money, bank notes, bullion, gold, goldware, silver, silverware, pewterware, platinum, coins, and medals;

   (c)  of securities, checks, cashiers checks, travelers checks, money orders, gift certificates, gift cards, rechargeable debit cards, phone cards, and other negotiable instruments, accounts,

©, Copyright, State Farm Mutual Automobile Insurance Company, 2019

deeds, evidences of debt, letters of credit, notes other than bank notes, manuscripts, passports, tickets, and stamps; or

    (d)   of jewelry, watches, fur garments and garments trimmed with fur, and precious and semi-precious stones; or

c.   loss caused by theft that occurs away from the *residence premises* of:

    (1)   property while at any other residence owned, rented to, or occupied by an *insured*, except while an *insured* is temporarily residing there.  Property of a student who is an *insured* is covered while at a residence away from the *residence premises*;

    (2)   watercraft of all types, including their furnishings, equipment, and outboard motors; or

    (3)   trailers and campers designed to be pulled by or carried on a vehicle.

    If the *residence premises* is a newly acquired principal residence, property in the immediate past principal residence will not be considered property away from the *residence premises* for the first 30 days after the inception of this policy.

10.  **Falling objects.**  This peril does not include loss to property contained in a structure unless the roof or an exterior wall of the structure is first damaged by a falling object. Damage to the falling object itself is not included.

11.  **Weight of ice, snow, or sleet** that causes damage to property contained in a structure.

12.  **Abrupt and accidental discharge or overflow** of water, steam, or sewage from within a plumbing, heating, air conditioning, or automatic fire protective sprinkler system, or from within a household appliance.

This peril does not include loss:

a.   to the system or appliance from which the water, steam, or sewage escaped; or

b.   caused by or resulting from:

    (1)   freezing;

    (2)   water or sewage from outside the *residence premises* plumbing system that enters through sewers or drains, or water that enters into and overflows from within a sump pump, sump pump well, or any other system designed to remove subsurface water that is drained from the foundation area; or

    (3)   the pressure from or presence of tree, shrub, or plant roots.

13.  **Abrupt and accidental tearing asunder, cracking, burning, or bulging** of a steam or hot water heating system, an air conditioning system, an automatic fire protective sprinkler system, or an appliance for heating water.

This peril does not include loss caused by or resulting from freezing.

14.  **Freezing** of a plumbing, heating, air conditioning, or automatic fire protective sprinkler system, or of a household appliance.

This peril does not include:

a.   loss to a portable hot tub or portable spa unless *you* have used reasonable care to prevent freezing; or

b.   loss on the *residence premises* unless *you* have used reasonable care to:

    (1)   maintain heat in the *building structure* at 55 degrees Fahrenheit or higher; or

    (2)   shut off the water supply and drain the system and appliances of water.

However, if the *building structure* is protected by an automatic fire protective sprinkler system, *you* must use reasonable care to continue the water supply and maintain heat in the *building structure* at 55 degrees Fahrenheit or higher for coverage to apply.

15.  **Abrupt and accidental damage** to electrical appliances, devices, fixtures, and wiring from an increase

©, Copyright, State Farm Mutual Automobile Insurance Company, 2019

HW-2105

or decrease of artificially generated electrical current. *We* will pay up to $3,000 under this peril for each damaged item described above.

16. **Breakage of glass**, meaning damage to personal property caused by breakage of glass that is a part of a structure on the *residence premises*. *We* will not pay for loss or damage to the glass.

17. **Wild bears or deer**, meaning damage caused by wild bears or deer to property located in a *building structure*.

## SECTION I – LOSSES NOT INSURED

1. *We* will not pay for any loss to the property described in Coverage A that is caused by one or more of the items below, regardless of whether the loss occurs abruptly or gradually, involves isolated or widespread damage, arises from natural or external forces, or occurs as a result of any combination of these:

    a. collapse, except as specifically provided in **SECTION I – ADDITIONAL COVERAGES**, **Collapse**;

    b. freezing of a plumbing, heating, air conditioning, or automatic fire protective sprinkler system or of a household appliance; or discharge, leakage, or overflow from within the system or appliance caused by freezing. This does not apply if *you* have used reasonable care to:

        (1) maintain heat in the *building structure* at 55 degrees Fahrenheit or higher; or

        (2) shut off the water supply and drain the system and appliances of water.

        However, if the *building structure* is protected by an automatic fire protective sprinkler system, *you* must use reasonable care to continue the water supply and maintain heat in the *building structure* at 55 degrees Fahrenheit or higher for coverage to apply;

    c. freezing, thawing, pressure, or weight of water, ice, snow, or sleet, whether driven by wind or not, to:

        (1) a swimming pool, hot tub, or spa, including their covers, filtration, and circulation systems; or

        (2) an awning, fence, pavement, patio, foundation (including slabs, basement walls, crawl space walls, and footings), retaining wall, bulkhead, pier, wharf, or dock;

    d. theft in or to a dwelling under construction, or of materials and supplies for use in the construction, until the dwelling is completed and occupied;

    e. theft, vandalism, malicious mischief, or breakage of glass and safety glazing materials if the dwelling is a *vacant dwelling*;

    f. wear, tear, decay, marring, scratching, deterioration, inherent vice, latent defect, or mechanical breakdown;

    g. corrosion, electrolysis, or rust;

    h. wet or dry rot;

    i. contamination or pollution, meaning the presence, discharge, dispersal, seepage, migration, release, or escape of contaminants or pollutants at or from any source. This does not apply if the presence, discharge, dispersal, seepage, migration, release, or escape is itself caused by a peril described in **SECTION I – LOSSES INSURED, COVERAGE B – PERSONAL PROPERTY**.

        (1) Contaminants and pollutants include but are not limited to any:

            (a) solid, liquid, gaseous, or thermal irritant, including smoke from agricultural smudging or industrial operations, smog, soot, vapor, fumes, acids, alkalis, chemicals, pathogens, noxious substances, asbestos, or lead;

            (b) contaminants or pollutants resulting from any natural resource extraction activities; or

            (c) fuel oil except as specifically provided in **SECTION I – ADDITIONAL COVERAGES**, **Fuel Oil Release**.

        (2) *We* also will not pay for:

            (a) losses arising from contamination or pollution caused by or resulting from

15

©, Copyright, State Farm Mutual Automobile Insurance Company, 2019

HW-2105

defective building materials, nuclear substances, and waste. Waste includes materials to be recycled, reconditioned, or reclaimed;

(b) the cost to extract contaminants or pollutants from land, water, or air, or the cost to remove, restore, or replace contaminated or polluted land, water, or air; or

(c) the cost of testing, monitoring, cleaning, removing, containing, treating, detoxifying, neutralizing, remediating, disposing of, or assessing the effects of contaminants or pollutants;

j. settling, cracking, shrinking, bulging, or expansion of pavements, patios, foundations (including slabs, basement walls, crawl space walls, and footings), walls, floors, roofs, or ceilings;

k. all animals, birds, or insects.

(1) This includes:

(a) nesting, infestation, gnawing, feeding, breeding, or discharge or release of waste products or secretions by animals, birds, or insects;

(b) costs to remove animals, birds, or insects from the covered property; and

(c) costs to prevent the animals, birds, or insects from returning to the property;

(2) However, *we* will pay for:

(a) losses caused by wild bears or deer; and

(b) the breakage of glass or safety glazing material that is a part of a ***building structure***, when caused by animals, birds, or insects; or

l. pressure from or presence of tree, shrub, or plant roots.

However, *we* will pay for any resulting loss from items a. through k. unless the resulting loss is itself a Loss Not Insured as described in this Section.

2. ***We*** will not pay for, under any part of this policy, any loss that would not have occurred in the absence of one or more of the following excluded events. ***We***

will not pay for such loss regardless of: (a) the cause of the excluded event; or (b) other causes of the loss; or (c) whether other causes acted concurrently or in any sequence with the excluded event to produce the loss; or (d) whether the event occurs abruptly or gradually, involves isolated or widespread damage, occurs on or off the ***residence premises***, arises from any natural or external forces, or occurs as a result of any combination of these:

a. **Earthquake.**

However, *we* will pay for any accidental direct physical loss by fire resulting from earthquake, provided the resulting fire loss is itself a ***loss insured***.

b. **Nuclear Hazard**, meaning any nuclear reaction, radiation, or radioactive contamination, all whether controlled or uncontrolled or however caused, or any consequence of any of these. Loss caused by the nuclear hazard will not be considered loss caused by fire, explosion, or smoke.

However, *we* will pay for any accidental direct physical loss by fire resulting from the nuclear hazard, provided the resulting fire loss is itself a ***loss insured***.

3. ***We*** will not pay for, under any part of this policy, any loss that is caused by one or more of the items below, regardless of whether the event occurs abruptly or gradually, involves isolated or widespread damage, occurs on or off the ***residence premises***, arises from natural or external forces, or occurs as a result of any combination of these:

a. **Ordinance or Law**, meaning enforcement of any ordinance or law regulating the construction, repair, or demolition of a ***building structure*** or other structure.

b. **Earth Movement**, meaning the sinking, rising, shifting, expanding, or contracting of earth, all regardless of whether combined with water, sewage, or any material carried by, or otherwise moved by the earth. Earth movement includes but is not limited to:

(1) landslide, mudslide, or mudflow;

(2) sinkhole or subsidence;

(3) movement resulting from:

16                                                                                  HW-2105
©, Copyright, State Farm Mutual Automobile Insurance Company, 2019

(a)   improper compaction;

(b)   site selection;

(c)   natural resource extraction activities; or

(d)   excavation;

(4)   erosion;

(5)   pressure by surface or subsurface earth or fill; or

(6)   any volcanic activity, except as specifically provided in **SECTION I – ADDITIONAL COVERAGES, Volcanic Action**.

However, *we* will pay for any accidental direct physical loss by fire resulting from earth movement, provided the resulting fire loss is itself a *loss insured*.

c.   **Water**, meaning:

(1)   flood;

(2)   surface water.  This does not include water solely caused by the release of water from a swimming pool, spigot, sprinkler system, hose, or hydrant;

(3)   waves (including tidal wave, tsunami, and seiche);

(4)   tides or tidal water;

(5)   overflow of any body of water (including any release, escape, or rising of any body of water, or any water held, contained, controlled, or diverted by a dam, levee, dike, or any type of water containment, diversion, or flood control device);

(6)   spray or surge from any of the items c.(1) through c.(5) described above, all whether driven by wind or not;

(7)   water or sewage from outside the *residence premises* plumbing system that enters through sewers or drains, or water or sewage that enters into and overflows from within a sump pump, sump pump well, or any other system designed to remove subsurface water that is drained from the foundation area;

(8)   water or sewage below the surface of the ground, including water or sewage that exerts pressure on, or seeps or leaks through a *building structure*, sidewalk, driveway, swimming pool, or other structure;

(9)   seepage or leakage of water, steam, or sewage that occurs or develops over a period of time:

(a)   and is:

(i)   continuous;

(ii)   repeating;

(iii)   gradual;

(iv)   intermittent;

(v)   slow; or

(vi)   trickling; and

(b)   from a:

(i)   heating, air conditioning, or automatic fire protective sprinkler system;

(ii)   household appliance; or

(iii)   plumbing system, including from, within or around any shower stall, shower bath, tub installation, or other plumbing fixture, including their walls, ceilings, or floors.

*We* also will not pay for losses arising from condensation or the presence of humidity, moisture, or vapor that occurs or develops over a period of time; or

(10)   material carried or otherwise moved by any of the water or sewage, as described in items c.(1) through c.(9) above.

However, *we* will pay for any accidental direct physical loss by fire, explosion, or theft resulting from water, provided the resulting loss is itself a *loss insured*.

d.   **Neglect**, meaning neglect of the *insured* to use all reasonable means to save and preserve property at and after the time of a loss, or when property is endangered.

©, Copyright, State Farm Mutual Automobile Insurance Company, 2019

e.  **War**, including any undeclared war, civil war, insurrection, rebellion, revolution, warlike act by a military force or military personnel, destruction or seizure or use for a military purpose, and including any consequence of any of these.  Discharge of a nuclear weapon will be considered a warlike act even if accidental.

f.  *Fungus*, including:

(1)  any loss of use or delay in rebuilding, repairing, or replacing covered property, including any associated cost or expense, due to interference at the described premises or location of the rebuilding, repair, or replacement of that property, by *fungus*;

(2)  any remediation of *fungus*, including the cost or expense to:

(a)  remove or clean the *fungus* from covered property or to repair, restore, or replace that property;

(b)  tear out and replace any part of the *building structure* or other property as needed to gain access to the *fungus*;

(c)  contain, treat, detoxify, neutralize or dispose of or in any way respond to or assess the effects of the *fungus*; or

(d)  remove any property to protect it from presence of or exposure to *fungus*; or

(3)  the cost of any testing or monitoring of air or property to confirm the type, absence, presence, or level of *fungus*, whether performed prior to, during, or after removal, repair, restoration, or replacement of covered property.

However, *we* will pay for loss as specified under **SECTION I – PROPERTY SUBJECT TO LIMITATIONS**.

g.  **Intentional Losses.**  If any *insured* intentionally causes or procures a loss to property covered under this policy, *we* will not pay any *insured* for this loss.  This applies regardless of whether the *insured* is charged with or convicted of a crime.

This does not apply to an *insured* who did not participate in, cooperate in, or contribute to causing or procuring the loss.

4.  *We* will not pay for any loss described in paragraphs 1., 2., and 3. immediately above regardless of whether one or more of the following: (a) directly or indirectly cause, contribute to, or aggravate the loss; or (b) occur before, at the same time, or after the loss or any other cause of the loss:

a.  conduct, act, failure to act, or decision of any person, group, organization, or governmental body whether intentional, wrongful, negligent, or without fault;

b.  defect, weakness, inadequacy, fault, or unsoundness in:

(1)  planning, zoning, development, surveying, or siting;

(2)  design, specifications, workmanship, repair, construction, renovation, remodeling, grading, or compaction;

(3)  materials used in repair, construction, renovation, remodeling, grading, or compaction; or

(4)  maintenance;

of any property (including land, structures, or improvements of any kind) whether on or off the *residence premises*; or

c.  weather conditions.

However, *we* will pay for any resulting loss from items 4.a., 4.b., and 4.c. unless the resulting loss is itself a Loss Not Insured as described in this Section.

5.  *We* will not pay for, under any part of this policy, any loss consisting of the items in paragraphs 1., 2., 3., or 4. above. This exclusion does not apply if the loss is caused by a peril that is not otherwise excluded.

©, Copyright, State Farm Mutual Automobile Insurance Company, 2019

## SECTION I – LOSS SETTLEMENT

Only the **Loss Settlement Provisions** shown in the *Declarations* apply.   **We** will settle covered property losses according to the following.  However, the valuation of any covered property losses does not include, and *we* will not pay, any amount for *diminution in value*.

**COVERAGE A – DWELLING**

1.  **A1 – Replacement Cost Loss Settlement – Similar Construction.**

    **We** will pay up to the applicable limit of liability shown in the *Declarations*, the reasonable and necessary cost to repair or replace with similar construction and for the same use as on the premises shown in the *Declarations*, the damaged part of the property covered under **SECTION I – PROPERTY COVERAGES**, **COVERAGE A – DWELLING.**

    **We** will not pay for increased costs resulting from enforcement of any ordinance or law regulating the construction, repair, or demolition of a *building structure* or other structure, except as provided under **OPTIONAL POLICY PROVISIONS**, **Option OL – Building Ordinance or Law**.

2.  **A2 – Replacement Cost Loss Settlement – Common Construction.**

    **We** will pay up to the applicable limit of liability shown in the *Declarations*, the reasonable and necessary cost to repair or replace with common construction and for the same use as on the premises shown in the *Declarations*, the damaged part of the property covered under **SECTION I – PROPERTY COVERAGES**, **COVERAGE A – DWELLING**, subject to the following:

    a.  *we* will pay only for repair or replacement of the damaged part of the property with common construction techniques and materials commonly used by the building trades in standard new construction.  **We** will not pay the cost to repair or replace obsolete, antique, or custom construction with like kind and quality;

    b.  *we* will not pay for increased costs resulting from enforcement of any ordinance or law regulating the construction, repair, or demolition of a *building structure* or other structure, except as provided under **OPTIONAL POLICY PROVISIONS**, **Option OL – Building Ordinance or Law**.

**COVERAGE B – PERSONAL PROPERTY**

1.  **B1 – Limited Replacement Cost Loss Settlement.**

    a.  **We** will pay the cost to repair or replace property covered under **SECTION I – PROPERTY COVERAGES**, **COVERAGE B – PERSONAL PROPERTY**, except for property listed in item b. below, subject to the following:

        (1)  until repair or replacement is completed, *we* will pay only the actual cash value at the time of loss of the damaged property;

        (2)  after repair or replacement is completed, *we* will pay the difference between the actual cash value at the time of loss and the cost *you* have actually and necessarily spent to repair or replace the property; and

        (3)  to receive any additional payments on a replacement cost basis, *you* must complete the repair or replacement:

            (a)  within 24 months from the date that *we* make the first payment toward the actual cash value of the property, or

            (b)  within 36 months from the date that *we* make the first payment toward the actual cash value of the property, if the loss relates to a state of emergency as defined in Section 8558 of the Government Code.

    b.  **We** will pay market value at the time of loss for:

        (1)  antiques, fine arts, paintings, statuary, and similar articles which by their inherent nature cannot be replaced with new articles;

©, Copyright, State Farm Mutual Automobile Insurance Company, 2019
HW-2105

(2) articles whose age or history contribute sub-stantially to their value including, but not limited to, memorabilia, souvenirs, and collectors items; and

(3) property not useful for its intended pur-pose.

However, *we* will not pay an amount exceeding the smallest of the following for items a. and b. above:

(1) *our* cost to replace at the time of loss;

(2) the full cost of repair;

(3) any special limit of liability described in this policy; or

(4) any applicable Coverage B limit of liability.

2. **B2 – Depreciated Loss Settlement.**

a. *We* will pay the actual cash value at the time of loss for property covered under **SECTION I – PROPERTY COVERAGES**, **COVERAGE B – PERSONAL PROPERTY**, except for property listed in item b. below.

b. *We* will pay market value at the time of loss for:

(1) antiques, fine arts, paintings, statuary, and similar articles which by their inherent na-ture cannot be replaced with new articles;

(2) articles whose age or history contribute substantially to their value including, but not limited to, memorabilia, souvenirs, and collectors items; and

(3) property not useful for its intended purpose.

However, *we* will not pay an amount exceeding the smallest of the following for items a. and b. above:

(1) *our* cost to replace at the time of loss;

(2) the full cost of repair;

(3) any special limit of liability described in this policy; or

(4) any applicable Coverage B limit of liability.

## SECTION I – CONDITIONS

1. **Insurable Interest and Limit of Liability.** Even if more than one person has an insurable interest in the property covered, *we* will not be liable:

a. to the *insured* for an amount greater than the *insured's* interest; or

b. for more than the applicable limit of liability.

2. **Your Duties After Loss.** After a loss to which this insurance may apply, *you* must cooperate with *us* in the investigation of the claim and also see that the following duties are performed:

a. give immediate notice to *us* or *our* agent and also notify:

(1) the police if the loss is caused by theft, vandalism, or any other criminal act; and

(2) the credit card company or bank if the loss involves a credit card or bank fund trans-fer card;

b. protect the property from further damage or loss and also:

(1) make reasonable and necessary temporary repairs required to protect the property; and

(2) keep an accurate record of repair expenses;

c. prepare an inventory of damaged or stolen per-sonal property:

(1) showing in detail the quantity, description, age, replacement cost, and amount of loss; and

(2) attaching all bills, receipts, and related documents that substantiate the figures in the inventory;

d. as often as *we* reasonably require:

(1) exhibit the damaged property;

(2) provide *us* with any requested records and documents and allow *us* to make copies;

(3) while not in the presence of any other *insured*:

(a) give statements; and

(b) submit to examinations under oath; and

(4) produce employees, members of the *in-sured's* household, or others for examina-tion under oath to the extent it is within the *insured's* power to do so; and

©, Copyright, State Farm Mutual Automobile Insurance Company, 2019

e.  submit to *us*, within 60 days after the loss, *your* signed, sworn proof of loss that sets forth, to the best of *your* knowledge and belief:

   (1)  the time and cause of loss;

   (2)  interest of the *insured* and all others in the property involved and all encumbrances on the property;

   (3)  other insurance that may cover the loss;

   (4)  changes in title or occupancy of the property during the term of this policy;

   (5)  specifications of any damaged structure and detailed estimates for repair of the damage;

   (6)  an inventory of damaged or stolen personal property described in 2.c.;

   (7)  receipts for additional living expenses incurred and records supporting the fair rental value loss; and

   (8)  evidence or affidavit supporting a claim under **SECTION I – ADDITIONAL COVERAGES**, **Credit Card, Bank Fund Transfer Card, Forgery, and Counterfeit Money** coverage, stating the amount and cause of loss.

3.  **Loss to a Pair or Set.**  In case of loss to a pair or set, *we* may choose to:

   a.  repair or replace any part to restore the pair or set to its value before the loss; or

   b.  pay the difference between the depreciated value of the property before the loss and the depreciated value of the property after the loss.

4.  **Appraisal.**  If *you* and *we* fail to agree on the amount of loss, either party can demand that the amount of the loss be set by appraisal.  Only *you* or *we* may demand appraisal.  A demand for appraisal must be in writing.  *You* must comply with **SECTION I – CONDITIONS**, **Your Duties After Loss** before making a demand for appraisal.  At least 10 days before demanding appraisal, the party seeking appraisal must provide the other party with written, itemized documentation of a specific dispute as to the amount of the loss, identifying separately each item being disputed.

a.  Each party will select a competent, disinterested appraiser and notify the other party of the appraiser's identity within 20 days of receipt of the written demand for appraisal.

b.  Where the request is accepted, the appraisers shall first select a competent and disinterested umpire. If the appraisers are unable to agree upon an umpire within 15 days:

   (1)  *you* or *we* may make a written application for a judge of a court of record in the same state and county (or city if the city is not within a county) where the *residence premises* is located to select an umpire; and

   (2)  the party requesting the selection described in item b.(1) must provide the other party:

      (a)  written notice of the intent to file, identifying the specific location and identity of the court at least 10 days prior to submission of the written application; and

      (b)  a copy of the written application.

c.  Appraisal proceedings are informal unless *you* and *we* mutually agree otherwise. For purposes of this section, "informal" means that no formal discovery shall be conducted, including depositions, interrogatories, requests for admission, or other forms of formal civil discovery, no formal rules of evidence shall be applied, and no court reporter shall be used for the proceedings.

d.  The appraisers will then attempt to set the amount of the loss of each item in dispute as specified by each party, and jointly submit to each party a written report of agreement signed by them. In all instances the written report of agreement will be itemized and state separately the actual cash value, replacement cost, and if applicable, the market value of each item in dispute.

   The written report of agreement will set the amount of the loss of each item in dispute and will be binding upon *you* and *us*.

e.  If the two appraisers fail to agree upon the amount of the loss within 30 days, unless the

21

©, Copyright, State Farm Mutual Automobile Insurance Company, 2019

HW-2105

period of time is extended by mutual agreement, they will submit their differences to the umpire.

A written report of agreement signed by any two (appraisers or appraiser and umpire) will set the amount of the loss of each item in dispute and will be binding upon *you* and *us*. In all instances the written report of agreement will be itemized and state separately the actual cash value, replacement cost, and if applicable, the market value of each item in dispute.

f.  To qualify as an appraiser or umpire for a loss to property described in **COVERAGE A – DWELLING**, a person must be one of the following and be licensed or certified as required by the applicable jurisdiction:

   (1)  an engineer or architect with experience and training in building construction, repair, estimating, or investigation of the type of property damage in dispute;

   (2)  an adjuster, public adjuster, or attorney with experience and training in estimating the type of property damage in dispute; or

   (3)  a contractor with experience and training in the construction, repair, and estimating of the type of property damage in dispute.

g.  A person may not serve as an appraiser or umpire if that person, any employee of that person, that person's employer, or any employee of their employer:

   (1)  has performed services for either party with respect to the claim at issue in the appraisal; or

   (2)  has a financial interest in the outcome of the claim at issue in the appraisal.

h.  Each party will be responsible for the compensation of their selected appraiser. Reasonable expenses of the appraisal and the reasonable compensation of the umpire will be paid equally by *you* and *us*.

i.  *You* and *we* do not waive any rights by demanding or submitting to an appraisal, and retain all contractual rights to determine if coverage applies to each item in dispute.

j.  Appraisal is only available to determine the amount of the loss of each item in dispute. The appraisers and the umpire have no authority to decide:

   (1)  any other questions of fact;

   (2)  questions of law;

   (3)  questions of coverage;

   (4)  other contractual issues; or

   (5)  to conduct appraisal on a class-wide basis.

k.  A party may not demand appraisal after that party brings suit or action against the other party relating to the amount of loss.

l.  In the event of a government-declared disaster, as defined in the Government Code, appraisal may be requested by either *you* or *us* but shall not be compelled.

5.  **Other Insurance.** If a loss covered by this policy is also covered by other insurance, *we* will pay only *our* share of the loss. *Our* share is the proportion of the loss that the applicable limit under this policy bears to the total amount of insurance covering the loss.

6.  **Suit Against Us.** No action will be brought against *us* unless there has been full compliance with all of the policy provisions. Any action by any party must be started within one year after the date of loss or damage.

   If the loss is related to a state of emergency, as defined in subdivision (b) of Section 8558 of the Government Code, the time limit to bring suit is extended to 24 months after inception of the loss.

7.  **Our Option.** *We* may repair or replace any part of the property damaged or stolen with similar property. Any property *we* pay for or replace becomes *our* property.

8.  **Loss Payment.** *We* will adjust all losses with *you*. *We* will pay *you* unless some other person is named in the policy or is legally entitled to receive payment. Loss will be payable 30 days after *we* receive *your* proof of loss and:

   a.  reach agreement with *you*;

   b.  there is an entry of a final judgment; or

22

©, Copyright, State Farm Mutual Automobile Insurance Company, 2019

HW-2105

c.   there is a filing of an appraisal award with **us**.

9. **Abandonment of Property.  We** need not accept any property abandoned by an **insured**.

10. **Mortgagee Clause.**  The word "mortgagee" includes trustee.

a.   If a mortgagee is named in this policy, any loss payable under Coverage A will be paid to the mortgagee and **you**, as interests appear.  If more than one mortgagee is named, the order of payment will be the same as the order of precedence of the mortgages.

b.   If **we** deny **your** claim, that denial will not apply to a valid claim of the mortgagee, if the mortgagee:

(1)   notifies **us** of any change in ownership, occupancy, or substantial change in risk of which the mortgagee is aware;

(2)   pays on demand any premium due under this policy, if **you** have not paid the premium; and

(3)   submits a signed, sworn statement of loss within 60 days after receiving notice from **us** of **your** failure to do so. Policy conditions relating to **Appraisal**, **Suit Against Us**, and **Loss Payment** apply to the mortgagee.

c.   If **we** cancel this policy, the mortgagee will be notified at least 10 days before the date cancellation takes effect.

d.   If **we** pay the mortgagee for any loss and deny payment to **you**:

(1)   **we** are subrogated to all the rights of the mortgagee granted under the mortgage on the property; or

(2)   at **our** option, **we** may pay to the mortgagee the whole principal on the mortgage plus any accrued interest. In this event, **we** will receive a full assignment and transfer of the mortgage and all securities held as collateral to the mortgage debt.

e.   Subrogation does not impair the right of the mortgagee to recover the full amount of the mortgagee's claim.

11. **No Benefit to Bailee.  We** will not recognize an assignment or grant coverage for the benefit of a person or organization holding, storing, or transporting property for a fee. This applies regardless of any other provision of this policy.

12. **Recovered Property.**  If either **you** or **we** recover any property after loss settlement, that party must give the other prompt notice.  At **your** option, **you** may keep the property or **we** will return it to **you**. Otherwise, it will become **our** property.   If **you** choose to keep the property, the loss payment will be adjusted based on the amount **you** received for the recovered property.

13. **Assignment of Claim.**  Assignment to another party of any of **your** rights or duties under this policy regarding any claim, or any part of any claim, will be void and **we** will not recognize any such assignment, unless **we** give **our** written consent.  However, once **you** have complied with all policy provisions, **you** may assign to another party, in writing, payment of claim proceeds otherwise payable to **you**.

## SECTION II – LIABILITY COVERAGES

**COVERAGE L – PERSONAL LIABILITY**

If a claim is made or a suit is brought against an **insured** for damages because of **bodily injury** or **property damage** to which this coverage applies, caused by an **occurrence**, **we** will:

1.   pay up to **our** limit of liability for the damages for which the **insured** is legally liable.   **We** will not pay for criminal restitution; and

2.   provide a defense at **our** expense by counsel of **our** choice.   **We** may make any investigation and settle any claim or suit that **we** decide is appropriate.   **Our** obligation to defend any suit ends when the amount **we** pay for damages, to effect settlement or satisfy a judgment resulting from the **occurrence**, equals **our** limit of liability.   **We** will not provide a defense to any **insured** for criminal prosecution or proceedings.

©, Copyright, State Farm Mutual Automobile Insurance Company, 2019

## COVERAGE M – MEDICAL PAYMENTS TO OTHERS

*We* will pay the necessary medical expenses incurred or medically ascertained within three years from the date of an accident causing *bodily injury*.  Medical expenses means reasonable charges for medical, surgical, x-ray, dental, ambulance, hospital, professional nursing, rehabilitation, pharmaceuticals, orthopedic devices, prosthetic devices, and funeral services. This coverage applies only:

1.  to a person on the *insured location* with the permission of an *insured*;

2.  to a person off the *insured location*, if the *bodily injury*:

    a.  arises out of a condition on the *insured location* or the ways immediately adjoining;

    b.  is caused by the activities of an *insured*;

    c.  is caused by a *residence employee* in the course of the *residence employee's* employment by an *insured*; or

    d.  is caused by an animal owned by or in the care of an *insured*; or

3.  to a *residence employee* if the *occurrence* causing *bodily injury* occurs off the *insured location* and arises out of or in the course of the *residence employee's* employment by an *insured*.

## SECTION II – ADDITIONAL COVERAGES

The following Additional Coverages are subject to all the terms, provisions, exclusions, and conditions of this policy.

*We* will pay for the following in addition to the limits of liability:

1.  **Claim Expenses.  *We*** will pay:

    a.  expenses *we* incur and costs taxed against an *insured* in suits *we* defend.  Taxed costs do not include attorney fees;

    b.  premiums on bonds required in suits *we* defend, but not for bond amounts greater than the Coverage L limit.  *We* are not obligated to apply for or furnish any bond;

    c.  reasonable expenses an *insured* incurs at *our* request.  This includes actual loss of earnings (but not loss of other income) up to $250 per

day for aiding *us* in the investigation or defense of claims or suits;

    d.  interest the *insured* is legally liable to pay on damages payable under Coverage L above before a judgment, but only the interest on the lesser of:

        (1)  that part of the damages *we* pay; or

        (2)  the Coverage L limit; and

    e.  interest on the entire judgment that accrues after entry of the judgment and before *we* pay or tender, or deposit in court that part of the judgment that does not exceed the limit of liability that applies.

2.  **First Aid Expenses.  *We*** will pay expenses for first aid to others incurred by an *insured* for *bodily injury* covered under this policy.  *We* will not pay for first aid to *you* or any other *insured*.

3.  **Damage to Property of Others.**

    a.  *We* will pay for *property damage* to property of others caused by the activities of an *insured*.

    b.  *We* will not pay more than the smallest of the following amounts:

        (1)  replacement cost at the time of loss;

        (2)  full cost of repair; or

        (3)  the limit of liability shown in the *Declarations* for **Damage to Property of Others** for any one *occurrence*.

    c.  *We* will not pay for *property damage*:

        (1)  for a loss that is recoverable under Section I of this policy.  *We* also will not pay for any applicable deductible regardless of whether the amount of the loss exceeds the deductible;

        (2)  caused intentionally by an *insured* 13 years of age or older;

        (3)  to property, other than a rented golf cart, owned by, or rented to an *insured*, a tenant of an *insured*, or a resident in *your* household;

©, Copyright, State Farm Mutual Automobile Insurance Company, 2019

(4) arising out of:

    (a) *business* pursuits;

    (b) any act or omission in connection with a premises an *insured* owns, rents, or controls, other than the *insured location*;

    (c) a condition on the *insured location* or the ways immediately adjoining; or

(d) the ownership, maintenance, or use of a *motor vehicle*, aircraft, or watercraft, including airboat, air cushion, personal watercraft, sail board, or similar type watercraft; or

(5) if a payment is made under **COVERAGE L – PERSONAL LIABILITY** for the same *property damage*.

## SECTION II – EXCLUSIONS

1. Coverage L and Coverage M do not apply to:

  a. *bodily injury* or *property damage* that:

    (1) was a result of a:

      (a) willful and malicious; or

      (b) criminal;

    act or omission of the *insured*;

    (2) was intended by the *insured*; or

    (3) would have been expected by the *insured* based on a reasonable person standard.

    However, exclusions a.(2) and a.(3) above do not apply to *bodily injury* or *property damage* resulting from the use of reasonable force to protect persons or property.

    Exclusions a.(1), a.(2), and a.(3) above apply to all *bodily injury* or *property damage* even if the:

    (1) *bodily injury* or *property damage* was sustained by a different person, entity, or property than was expected or intended;

    (2) *bodily injury* or *property damage* was of a different kind, quality, or degree than was expected or intended;

    (3) *insured* lacked the mental capacity to control his or her conduct*;*

    (4) *insured* was not charged with or convicted of a criminal act or omission; or

    (5) *insured* was impaired by drugs or alcohol;

  b. *bodily injury* or *property damage* arising out of *business* pursuits of any *insured*, except as provided in item c. below. This exclusion does not apply to activities that are ordinarily incident to non-*business* pursuits;

  c. *bodily injury* or *property damage* arising out of the rental of any part of any premises by any *insured*. This exclusion does not apply:

    (1) to the rental of the *residence premises*:

      (a) either completely or in part, for exclusive use as a residence, for up to 30 nights in the 12-month period prior to the date of the loss;

      (b) in part, for use as a permanent residence, by either one or two full-time roomers or boarders; or

      (c) in part, as an office, school, studio, or private garage;

    (2) when the *dwelling* on the *residence premises* is a two, three, or four family *dwelling* and *you* occupy one part and rent the other part to others;

    (3) to farm land (without buildings), rented to others, but not to exceed a total of 500 acres, regardless of the number of locations; or

    (4) to activities that are ordinarily incident to non-*business* pursuits;

  d. *bodily injury* or *property damage* arising out of the rendering or failing to render professional services;

  e. *bodily injury* or *property damage* arising out of any premises currently owned or rented to

©, Copyright, State Farm Mutual Automobile Insurance Company, 2019

any *insured* which is not an *insured location*. This exclusion does not apply to *bodily injury* to a *residence employee* arising out of and in the course of the *residence employee's* employment by an *insured*;

f.  *bodily injury* or *property damage* arising out of the ownership, maintenance, use, loading, or unloading of:

(1)  an aircraft.  This exclusion does not apply to the ownership, maintenance, use, loading, or unloading of unmanned aircraft systems used as model aircraft:

(a)  solely for recreational or hobby purposes;

(b)  designed to be operated within the visual line of sight of the operator and operated within the visual line of sight of the operator; and

(c)  weighing not more than 55 pounds at the time of operation;

unless the ownership, maintenance, use, loading, or unloading of such aircraft results in:

(a)  *property damage* to any aircraft; or

(b)  *bodily injury* or *property damage* resulting from interference with an aircraft carrying people regardless of whether the *bodily injury* or *property damage* is sustained by people or property on the aircraft or not;

(2)  a *motor vehicle* owned or operated by or rented or loaned to any *insured*; or

(3)  a watercraft:

(a)  owned by or rented to any *insured* if it has inboard or inboard-outdrive motor power of more than 50 horsepower;

(b)  owned by or rented to any *insured* if it is a sailing vessel, with or without auxiliary power, 26 feet or more in overall length;

(c)  powered by one or more outboard motors with more than 25 total horsepower owned by any *insured*;

(d)  designated as an airboat, air cushion, or similar type of craft; or

(e)  owned by any *insured* if it is a personal watercraft using a water jet pump powered by an internal combustion engine as the primary source of propulsion.

This exclusion does not apply to *bodily injury* to a *residence employee* arising out of and in the course of the *residence employee's* employment by an *insured*.  Exclusion f.(3) does not apply while the watercraft is on the *residence premises*;

g.  *bodily injury* or *property damage* arising out of:

(1)  the entrustment by any *insured* to any person;

(2)  the supervision by any *insured* of any person;

(3)  any liability statutorily imposed on any *insured*; or

(4)  any liability assumed through an unwritten or written agreement by any *insured*;

with regard to the ownership, maintenance, or use of any aircraft, watercraft, or *motor vehicle* not covered under Section II of this policy;

h.  *bodily injury* or *property damage* caused directly or indirectly by war, including undeclared war, or any warlike act including destruction, seizure, or use for a military purpose, or any consequence of these. Discharge of a nuclear weapon will be considered a warlike act even if accidental;

i.  *bodily injury* to any *insured* within the meaning of part 9.a., 9.b., or 9.c. of the definition of *insured*.

This exclusion also applies to any claim made or suit brought against any *insured* within the meaning of part 9.a., 9.b., or 9.c. of the definition of *insured* to share damages with or repay someone else who may be obligated to pay damages because of the *bodily injury* sustained by any *insured* within the meaning of part 9.a., 9.b., or 9.c. of the definition of *insured*;

26

©, Copyright, State Farm Mutual Automobile Insurance Company, 2019

HW-2105

j.   any claim made or suit brought against any *insured* by:

   (1)   any person in the care of any *insured* because of child care services provided by or at the direction of:

      (a)   any *insured*;

      (b)   any employee of any *insured*; or

      (c)   any other person actually or apparently acting on behalf of any *insured*; or

   (2)   any person who makes a claim because of *bodily injury* to any person in the care of any *insured* because of child care services provided by or at the direction of:

      (a)   any *insured*;

      (b)   any employee of any *insured*; or

      (c)   any other person actually or apparently acting on behalf of any *insured*.

   This exclusion does not apply to the occasional child care services provided by any *insured*, or to the part-time child care services provided by any *insured* under 19 years of age;

k.   *bodily injury* or *property damage* arising out of an *insured's* participation in, or preparation or practice for, any prearranged or organized race, speed or demolition contest, or similar competition involving a motorized land vehicle or motorized watercraft. This exclusion does not apply to a sailing vessel less than 26 feet in overall length with or without auxiliary power;

l.   *bodily injury* or *property damage* arising out of the use, sale, manufacture, distribution, delivery, transfer, or possession, by any *insured*, of any substance that is illegal or is a controlled substance under either federal or state law.

   This exclusion does not apply to the legitimate use of legally prescribed drugs, under either federal or state law, by a person following orders of a licensed health care professional;

m.   *bodily injury* or *property damage* arising out of the actual, alleged, or threatened presence, discharge, dispersal, seepage, migration, release, escape of, or exposure to contaminants or pollutants at or from any source or location.

Contaminants and pollutants include but are not limited to any solid, liquid, gaseous, or thermal irritant, including smoke from agricultural smudging or industrial operations, smog, soot, vapor, fumes, acids, alkalis, chemicals, pathogens, noxious substances, fuel oil, asbestos, or lead.

This exclusion does not apply to *bodily injury* or *property damage* arising out of smoke or fumes caused by fire or explosion.

*We* also do not cover:

   (1)   any loss, cost, or expense arising out of any request, demand, order, or statutory or regulatory requirement that any *insured* or others test for, monitor, clean up, remove, contain, treat, detoxify, neutralize, remediate, dispose of, or in any way respond to or assess the effects of contaminants or pollutants;

   (2)   any loss, cost, or expense arising out of any claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating, disposing of, or in any way responding to or assessing the effects of contaminants or pollutants; or

   (3)   contamination or pollution arising out of actually or allegedly defective building materials, nuclear substances, or waste. Waste includes materials to be recycled, reconditioned, or reclaimed;

n.   *bodily injury* or *property damage* arising out of any actual, alleged, or threatened:

   (1)   sexual harassment, sexual molestation, or sexual misconduct;

   (2)   physical or mental abuse; or

   (3)   corporal punishment;

   by the *insured*;

o.   *bodily injury* or *property damage* arising out of the actual, alleged, or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of any *fungus* at or from any source or location.

27

HW-2105

©, Copyright, State Farm Mutual Automobile Insurance Company, 2019

*We* also do not cover any loss, cost, or expense arising out of any:

(1) request, demand, order, or statutory or regulatory requirement that any *insured* or others test for, monitor, clean up, remove, contain, treat, detoxify, neutralize, remediate, dispose of, or in any way respond to or assess the effects of *fungus*; or

(2) claim or suit for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating, disposing of, or in any way responding to or assessing the effects of *fungus*; or

p. *bodily injury* or *property damage* arising out of the ownership, maintenance, or use of systems and equipment used to generate electrical power, unless:

(1) the power generated is intended primarily for consumption on the *residence premises*; and

(2) any resulting income is incidental, including but not limited to:

(a) utility bill credits; or

(b) incidental income;

derived from sending excess power back to the electricity grid.

2. Coverage L does not apply to:

a. liability:

(1) for *your* share of any loss assessment charged against all members of any type of association of property owners; or

(2) imposed on or assumed by any *insured* through any unwritten or written contract or agreement. This exclusion does not apply to:

(a) liability for damages that the *insured* would have in absence of the contract or agreement; or

(b) written contracts:

(i) that directly relate to the ownership, maintenance, or use of any *insured location*; or

(ii) when the liability of others is assumed by *you* prior to the *occurrence*;

unless excluded elsewhere in the policy;

b. *property damage* to property owned by any *insured* at the time of the *occurrence*;

c. *property damage* to property rented to, used or occupied by, or in the care, custody, or control of any *insured* at the time of the *occurrence*. This exclusion does not apply to *property damage* caused by:

(1) fire;

(2) smoke;

(3) explosion;

(4) abrupt and accidental damage from water; or

(5) household pets, up to $500 in excess of *your* security deposit;

d. *bodily injury* to a person eligible to receive any benefits required to be provided or voluntarily provided by an *insured* under a workers' compensation, non-occupational disability, or occupational disease law;

e. *bodily injury* or *property damage* for which an *insured* under this policy is also an insured under a nuclear energy liability policy or would be an insured but for its termination upon exhaustion of its limit of liability. A nuclear energy liability policy is a policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada, or any of their successors; or

f. *bodily injury* or *property damage* arising out of any real property any *insured* has sold or transferred. This includes but is not limited to *bodily injury* or *property damage* arising out of known, unknown, hidden, or alleged property conditions, problems, or defects.

This exclusion also applies to any *property damage* to the sold or transferred real property itself.

However, this exclusion does not apply to:

©, Copyright, State Farm Mutual Automobile Insurance Company, 2019

(1) **bodily injury** arising out of fire, smoke, explosion, electrocution, or carbon monoxide poisoning; or

(2) **property damage** arising out of fire, smoke, or explosion.

3. Coverage M does not apply to **bodily injury**:

a. to a **residence employee** if it occurs off the **insured location** and does not arise out of or in the course of the **residence employee's** employment by an **insured**;

b. to a person eligible to receive any benefits required to be provided or voluntarily provided under any workers' compensation, non-occupational disability, or occupational disease law;

c. to a person other than a **residence employee** of an **insured**, regularly residing on any part of the **insured location**; or

d. from nuclear reaction, radiation, or radioactive contamination, all whether controlled or uncontrolled or however caused, or any consequence of any of these.

## SECTION II – CONDITIONS

1. **Limit of Liability.** The Coverage L limit is shown in the **Declarations**. This is the limit for all damages from each **occurrence** for the policy period in which the **bodily injury** or **property damage** first occurs, regardless of the number of **insureds**, claims made, or persons injured. No additional limits or coverage will be available for the **occurrence** under any additional policy periods while this policy remains in force.

   The Coverage M limit is shown in the **Declarations**. This is **our** limit for all medical expenses for **bodily injury** to one person as the result of one accident.

2. **Severability of Insurance.** This insurance applies separately to each **insured**. This condition does not increase **our** limit of liability for any one **occurrence**.

3. **Duties After Loss.** In case of an accident or **occurrence**, the **insured** must cooperate with **us** in the investigation, settlement, or defense of any claim or suit and also perform the following duties that apply. **You** must cooperate with **us** in seeing that these duties are performed:

a. give written notice to **us** or **our** agent as soon as possible, which sets forth:

(1) the identity of this policy and the **insured**;

(2) reasonably available information on the time, place, and circumstances of the accident or **occurrence**; and

(3) names and addresses of any claimants and available witnesses;

b. immediately forward to **us** every notice, demand, summons, or other process relating to the accident or **occurrence**;

c. at **our** request, assist in:

(1) making settlement;

(2) the enforcement of any right of contribution or indemnity against a person or organization who may be liable to an **insured**;

(3) the conduct of suits and attend hearings and trials; and

(4) securing and giving evidence and obtaining the attendance of witnesses;

d. under **SECTION II – ADDITIONAL COVERAGES**, **Damage to Property of Others**, exhibit the damaged property if within the **insured's** control; and

e. the **insured** must not, except at the **insured's** own cost, voluntarily make payments, assume obligations, or incur expenses. This does not apply to expense for first aid to others at the time of the **bodily injury**.

4. **Coverage M Requirements.** **We** may require the following in regard to any Coverage M claim:

a. written proof of claim, under oath if required, as soon as possible from the injured person, or

©, Copyright, State Farm Mutual Automobile Insurance Company, 2019

when appropriate, someone acting on behalf of that person;

b.  the injured person's submission to physical examinations by a physician selected by *us* when and as often as *we* reasonably require; and

c.  any authorizations from the injured person as *we* may require.

5.  **Payment of Claim – Coverage M or Damage to Property of Others.** Payment under either of these is not an admission of liability by an *insured* or *us*.

6.  **Suit Against Us.** No action will be brought against *us* unless there has been compliance with the policy provisions.

No one will have the right to join *us* as a party to an action against an *insured*. Further, no action with

respect to Coverage L will be brought against *us* until the obligation of the *insured* has been determined by final judgment on the merits, after an actual trial or by an agreement signed by *us*; but *we* will not be liable for damages that are not payable under the terms of this policy or that are in excess of the applicable Limit of Liability.

7.  **Bankruptcy of an Insured.** Bankruptcy or insolvency of an *insured* will not relieve *us* of *our* obligation under this policy.

8.  **Other Insurance – Coverage L.** This insurance is excess over any other valid and collectible insurance except insurance written specifically to cover as excess over the limits of liability that apply in this policy.

## SECTION I AND SECTION II – CONDITIONS

1.  **Policy Period.** This policy applies only to loss under Section I or *bodily injury* or *property damage* under Section II that occurs during the period this policy is in effect.

2.  **Concealment or Fraud.** This policy is void as to *you* and any other *insured* if *you* or any other *insured* under this policy has intentionally concealed or misrepresented any material fact or circumstance relating to this insurance, whether before or after a loss.

3.  **Liberalization Clause.** If *we* adopt any revision that would broaden coverage under this policy without additional premium, within 60 days prior to or during the period this policy is in effect, the broadened coverage will immediately apply to this policy.

4.  **Waiver or Change of Policy Provisions.** A waiver or change of any provision of this policy must be in writing by *us* to be valid. *Our* request for an appraisal or examination does not waive any of *our* rights.

5.  **Cancellation.**

a.  *You* may cancel this policy at any time by giving *us* advance written notice of the date cancellation is to take effect. *We* may waive the requirement that the notice be in writing by confirming the date and time of cancellation to *you* in writing.

b.  *We* may cancel this policy by providing notice to a named insured shown on the *Declarations*. The

notice will provide the date cancellation is effective.

(1) When *you* have not paid the premium, *we* may cancel at any time by providing notice at least 10 days before the date cancellation takes effect. This condition applies whether the premium is payable to *us* or *our* agent or under any finance or credit plan.

(2) When this policy has been in effect for less than 60 days and is not a renewal with *us*, *we* may cancel for any reason. *We* may cancel by providing notice at least 20 days before the date cancellation takes effect.

(3) When this policy has been in effect for 60 days or more, or at any time if it is a renewal with *us*, *we* may cancel if there has been:

(a) conviction of a crime having as one of its necessary elements an act increasing the hazard insured against;

(b) discovery of fraud or material misrepresentation;

(c) discovery of grossly negligent acts or omissions substantially increasing

©, Copyright, State Farm Mutual Automobile Insurance Company, 2019

any of the hazards insured against; or

(d) physical changes in the property insured which result in the property becoming uninsurable.

*We* may cancel this policy by providing notice at least 20 days before the date cancellation takes effect.

c. When this policy is cancelled, the premium for the period from the date of cancellation to the expiration date will be refunded. The return premium will be pro rata.

d. If, when *we* cancel this policy, the return premium is not refunded with the notice of cancellation, *we* will refund it within 25 days after the date cancellation takes effect. If, when *you* cancel this policy, the return premium is not refunded when this policy is returned to *us*, *we* will refund it within a reasonable time after the date cancellation takes effect.

6. **Nonrenewal.** If *we* decide not to renew this policy, then, at least 75 days before the end of the current policy period, *we* will provide a nonrenewal notice to a named insured shown on the *Declarations*.

If this policy is written for a period of less than one year, *we* agree not to refuse to renew except at the end of an annual period commencing with the original or renewal effective date.

7. **Assignment of Policy.** Assignment of this policy will be void and *we* will not recognize any such assignment, unless *we* give *our* written consent.

8. **Subrogation and Reimbursement.**

a. **Subrogation.**

(1) Applicable to SECTION I:

If any *insured* to or for whom *we* make payment under this policy has rights to recover damages from another, those rights are transferred to *us* to the extent of *our* payment. That *insured* must do everything necessary to secure *our* rights and must do nothing after loss to impair them. However before a loss, an *insured* may

waive in writing all rights of recovery against any person.

(2) Applicable to SECTION II:

If any *insured* has rights to recover all or part of any payment *we* have made under this policy, those rights are transferred to *us*. An *insured* must do nothing after loss to impair them. At *our* request, an *insured* will bring suit or transfer those rights to *us* and help *us* enforce them.

Subrogation does not apply under Section II to **Medical Payments to Others** or **Damage to Property of Others**.

b. **Reimbursement.**

If *we* make payment under this policy and any *insured* to or for whom *we* make payment recovers or has recovered from another person or organization, then the *insured* to or for whom *we* make payment must:

(1) hold in trust for *us* the proceeds of any recovery; and

(2) reimburse *us* to the extent of *our* payment.

9. **Death.** If *you* die:

a. *we* insure the legal representative of the deceased. This condition applies only with respect to the premises and property of the deceased covered under this policy at the time of death;

b. *insured* includes:

(1) any member of *your* household who is an *insured* at the time of *your* death, but only while a resident of the *residence premises*; and

(2) with respect to *your* property, the person having proper temporary custody of the property until appointment and qualification of a legal representative.

10. **Conformity to State Law.** When a policy provision is in conflict with the applicable law of the state in which this policy is issued, the law of the state will apply.

©, Copyright, State Farm Mutual Automobile Insurance Company, 2019

11. **Premium.**

    a.  Unless as otherwise provided by an alternative payment plan in effect with the *State Farm Companies* with respect to the premium for this policy, the premium is due and payable in full on or before the first day of the policy period shown in the most recently issued *Declarations*.

    b.  The renewal premium for this policy will be based upon the rates in effect, the coverages carried, the applicable limits, deductibles, and other elements that affect the premium applicable at the time of renewal.

    c.  The premium for this policy may vary based upon:

        (1)  the purchase of other products or services from the *State Farm Companies*;

        (2)  the purchase of products or services from an organization that has entered into an agreement or contract with the *State Farm Companies*. The *State Farm Companies* do not warrant the merchantability, fitness, or quality of any product or service offered or provided by that organization; or

        (3)  an agreement, concerning the insurance provided by this policy, that the *State Farm Companies* has with an organization of which *you* are a member, employee, subscriber, licensee, or franchisee.

    d.  *Your* purchase of this policy may allow:

        (1)  *you* to purchase or obtain certain coverages, coverage options, coverage deductibles, coverage limits, or coverage terms on other products from the *State Farm Companies*, subject to their applicable eligibility rules; or

        (2)  the premium or price for other products or services purchased by *you*, including non-insurance products or services, to vary. Such other products or services must be provided by the *State Farm Companies* or by an organization that has entered into an agreement or contract with the *State Farm Companies*. The *State Farm*

*Companies* do not warrant the merchantability, fitness, or quality of any product or service offered or provided by that organization.

12. **Right to Inspect.**

    a.  *We* have the right but are not obligated to perform the following:

        (1)  make inspections and surveys of the *insured location* at any time;

        (2)  provide *you* with reports on conditions *we* find; or

        (3)  recommend changes.

        Any inspections, surveys, reports, or recommendations relate only to insurability and the premiums to be charged.

    b.  *We* do not:

        (1)  make safety inspections;

        (2)  undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public;

        (3)  warrant that conditions are safe or healthful; or

        (4)  warrant that conditions comply with laws, regulations, codes, or standards.

    This condition applies to *us* and to any rating, advisory, rate service, or similar organization that makes insurance inspections, surveys, reports, or recommendations on *our* behalf.

13. **Joint and Individual Interests.** If *you* consists of more than one person or entity, then each acts for all to change or cancel this policy.

14. **Change of Policy Address.** *We* may change the Named Insured's policy address as shown in the *Declarations* and in *our* records to the most recent address provided to *us* by:

    a.  *you*; or

    b.  the United States Postal Service.

15. **Our Rights Regarding Claim Information.**

    a.  *We* will collect, receive, obtain, use, and retain all the items described in item b.(1) below and

©, Copyright, State Farm Mutual Automobile Insurance Company, 2019

use and retain the information described in item b.(3)(b) below, in accordance with applicable federal and state laws and regulations and consistent with the performance of *our* business functions.

b. Subject to 15.a. above, *we* will not be restricted in or prohibited from:

(1) collecting, receiving, or obtaining records, receipts, invoices, medical bills, medical records, wage information, salary information, employment information, data, and any other information;

(2) using any of the items described in item b.(1) above; or

(3) retaining:

(a) any of the items in item b.(1) above; or

(b) any other information *we* have in *our* possession as a result of *our* processing, handling, or otherwise resolving claims submitted under this policy.

c. *We* may disclose any of the items in b.(1) above and any of the information described in item b.(3)(b) above:

(1) to enable performance of *our* business functions;

(2) to meet *our* reporting obligations to insurance regulators;

(3) to meet *our* reporting obligations to insurance data consolidators;

(4) to meet other obligations required by law; and

(5) as otherwise permitted by law.

d. *Our* rights under 15.a., 15.b., and 15.c. above will not be impaired by any:

(1) authorization related to any claim submitted under this policy; or

(2) act or omission of an *insured* or a legal representative acting on an *insured's* behalf.

16. **Duties Regarding Claim Information.** An *insured* or a legal representative acting on an *insured's* behalf must provide *us* with any requested authorizations related to the claim. *Our* rights as set forth under **Our Rights Regarding Claim Information** of this policy will not be impaired by any:

a. authorization related to the claim; or

b. act or omission of an *insured* or a legal representative acting on an *insured's* behalf.

## WORKERS' COMPENSATION
### (Residence Employees)

**COVERAGES**

*We* will pay, with respect to *residence employees*:

1. under Coverage I, when due, all benefits required of an *insured* by the California Workers' Compensation Law; and

2. under Coverage II, on behalf of an *insured*, all damages for which the *insured* is legally liable because of *bodily injury* sustained by a *residence employee*. The *bodily injury* must be caused by accident or disease and arise out of and in the course of employment by the *insured* while:

a. in the United States of America, its territories or possessions, or Canada; or

b. temporarily elsewhere if the *residence employee* is a citizen or resident of the United States or Canada.

Coverage II does not apply to any suit brought in or judgment rendered by any court outside the United States of America, its territories and possessions, or Canada, or to any action on such judgment.

These coverages apply only to *bodily injury* which occurs during the policy period. If the *bodily injury* is a disease, it must be caused or aggravated by the conditions of the *residence employee's* employment by the *insured*.

©, Copyright, State Farm Mutual Automobile Insurance Company, 2019

## SPECIAL DEFINITION

*Residence employee*, as used in this coverage, means an employee of any *insured* whose duties are incidental to the ownership, maintenance or use of the *residence premises*, including the performance of household domestic services, or whose duties are personal and not in the course of the trade, *business*, profession or occupation of any *insured*.

*Residence employee* does not include any person of whom the *insured* is the parent, spouse or child. Also, *residence employee* does not include any person who, during the 90 calendar days immediately preceding injury:

1. was employed by the *insured* for less than 52 hours; or

2. earned less than $100 in wages from an *insured*.

## EXCLUSIONS

This coverage does not apply:

1. to liability for additional compensation imposed on an *insured* under Sections 4553 and 4557, Division IV, Labor Code of the State of California, because of:

   a. the serious and willful misconduct of an *insured*; or

   b. *bodily injury* to an employee under 16 years of age and illegally employed at the time of injury;

2. to liability for *bodily injury* arising out of *business* pursuits of an *insured*;

3. to liability arising out of the discharge, harassment or coercion of, or the discrimination against any employee in violation of any law;

4. under Coverage II:

   a. to liability assumed by the *insured* under any contract or agreement;

   b. to *bodily injury* by disease unless a written claim is made or suit brought against the *insured* within 36 months after the end of the policy period;

   c. to any obligation under a workers' compensation, unemployment or disability benefits law or any similar law;

   d. to punitive or exemplary damages where insurance of liability therefor is prohibited by law or contrary to public policy;

   e. to *bodily injury* intentionally caused or aggravated by *you*.

## LIMIT OF LIABILITY COVERAGE II

*Our* total limit of liability will not exceed $100,000 for all damages because of *bodily injury*:

1. sustained by one or more *residence employees* in any one accident; or

2. caused by disease and sustained by a *residence employee*.

*Our* total limit of liability will not exceed $500,000 for all damages arising out of *bodily injury* by disease regardless of the number of *residence employees* who sustain *bodily injury* by disease.

## APPLICABLE POLICY PROVISIONS

The following policy provisions apply to this coverage:

1. the definitions of "*you*", "*your*", "*we*", "*us*", "*our*", "*bodily injury*", "*business*", "*insured*" and "*residence premises*";

2. *our* agreement to defend the *insured* as provided under **COVERAGE L – PERSONAL LIABILITY**;

3. **SECTION II – ADDITIONAL COVERAGES**, items:

   1. **Claim Expenses**; and

   2. **First Aid Expenses**;

4. **SECTION II - CONDITIONS**, items:

   3. **Duties After Loss**; and

   6. **Suit Against Us**;

5. **SECTION I AND SECTION II - CONDITIONS**, items:

   4. **Waiver or Change of Policy Provisions**;

   5. **Cancellation**;

   7. **Assignment of Policy**; and

©, Copyright, State Farm Mutual Automobile Insurance Company, 2019

8.  **Subrogation and Reimbursement**.

**ADDITIONAL POLICY PROVISIONS**

The following additional provisions apply:

1.  under Coverage I:

    a.  *we* will be directly and primarily liable to any *residence employee* of an *insured* entitled to the benefits of the California Workers' Compensation Law;

    b.  as between the *residence employee* and *us*, notice to or knowledge of the occurrence of the injury on the part of an *insured* will be deemed notice or knowledge on *our* part;

    c.  the jurisdiction of an *insured* will, for the purpose of the law imposing liability for compensation, be *our* jurisdiction;

    d.  *we* will be subject to the orders, findings, decisions or awards rendered against an *insured*, under the provisions of the law imposing liability for compensation, subject to the provisions, conditions and limitations of this policy. This policy shall govern as between an *insured* and *us* as to payments by either in discharge of an *insured's* liability for compensation;

    e.  the *residence employee* has a first lien upon any amount which *we* owe *you* on account of this insurance. In case of *your* legal incapacity or inability to receive the money and pay it to the *residence employee*, *we* will pay it directly to the *residence employee*. *Your* obligation to the *residence employee* will be discharged to the extent of such payment; and

    f.  the law mandates that *you* reimburse *us* for penalties *we* are required to pay the injured employee. *We* are required to pay a 10% penalty of the late payment if the late payment which gives rise to an increased payment is due less than 7 days after *we* receive the completed claim form from the employer.

        *We* will notify *you* in writing, within 30 days of the payment and will bill and collect the amount of the penalty. *You* are not obligated to repay *us* unless the aggregate total paid in a policy year exceeds $100.

        *You* will have 60 days, following notice of the obligation to reimburse, to appeal the decision to the Department of Insurance.

2.  under Coverage I and Coverage II:

    a.  **Other Insurance**. This coverage does not apply to any loss to which other valid and collectible Workers' Compensation or Employers' Liability Insurance applies.

    b.  **Conformity to Statute**. Terms of this coverage which are in conflict with the California Workers' Compensation Law are amended to conform to that law.

## OPTIONAL POLICY PROVISIONS

Each Optional Policy Provision applies only as shown in the *Declarations* and is subject to all the terms, provisions, exclusions, and conditions of this policy.

**Option AI – Additional Insured.** The definition of *insured* is extended to include the person or organization shown in the *Declarations* as an Additional Insured or whose name is on file with *us*. Coverage is with respect to:

1.  **SECTION I – Coverage A**, **Coverage B**, or **Coverage C**; or

2.  **SECTION II – Coverage L** and **Coverage M** but only with respect to the *residence premises*. This coverage does not apply to *bodily injury* to an employee arising out of or in the course of the employee's employment by the person or organization.

This option applies only with respect to the location shown in the *Declarations*.

**Option BP – Business Property.** The **COVERAGE B – PERSONAL PROPERTY**, **Special Limits of Liability**, item b., for property used or intended for use in a *business*, including merchandise held as samples or for sale or for delivery after sale, is changed as follows:

The $1,500 limit is replaced with the amount shown in the *Declarations* for this option.

**Option BU – Business Pursuits**. **SECTION II – EXCLUSIONS**, item 1.b. is modified as follows:

©, Copyright, State Farm Mutual Automobile Insurance Company, 2019
HW-2105

1. Section II coverage applies to the *business* pursuits of an *insured* who is a:

   a. clerical office employee, salesperson, collector, messenger; or

   b. teacher (except college, university, and professional athletic coaches), school principal, or school administrator;

   while acting within the scope of the above listed occupations.

2. However, no coverage is provided:

   a. for *bodily injury* or *property damage* arising out of a *business* owned or financially controlled by the *insured* or by a partnership of which the *insured* is a partner or member;

   b. for *bodily injury* or *property damage* arising out of the rendering of or failure to render professional services of any nature (other than teaching or school administration). This exclusion includes but is not limited to:

      (1) computer programming, architectural, engineering, or industrial design services;

      (2) medical, surgical, dental, or other services or treatment conducive to the health of persons or animals; and

      (3) beauty or barber services or treatment;

   c. for *bodily injury* to a fellow employee of the *insured* injured in the course of employment; or

   d. when the *insured* is a member of the faculty or teaching staff of a school or college:

      (1) for *bodily injury* or *property damage* arising out of the maintenance, use, loading, or unloading of:

         (a) draft or saddle animals, including vehicles for use with them; or

         (b) aircraft, *motor vehicles*, recreational *motor vehicles* or watercraft, airboats, air cushions, or personal watercraft which use a water jet pump powered by an internal combustion engine as the primary source of propulsion;

owned, operated, or hired by or for the *insured* or employer of the *insured* or used by the *insured* for the purpose of instruction in the use thereof; or

      (2) under **Coverage M** for *bodily injury* to a student arising out of corporal punishment administered by or at the direction of the *insured*.

**Option FA – Firearms.**  Firearms are covered for accidental direct physical loss or damage.

The limits for this option are shown in the *Declarations*. The first amount is the limit for any one article; the second amount is the aggregate limit for each loss.

The following additional provisions apply:

1. *We* will not pay for any loss to the property described in this option either consisting of, or directly and immediately caused by, one or more of the following:

   a. mechanical breakdown, wear and tear, or gradual deterioration;

   b. all animals, birds, or insects, including nesting, infestation, gnawing, feeding, breeding, or discharge or release of waste products or secretions by animals, birds, or insects.  However, *we* will pay for losses caused by wild bears or deer;

   c. any process of refinishing, renovating, or repairing;

   d. dampness of atmosphere or extremes of temperatures;

   e. inherent defect or faulty manufacture;

   f. rust, fouling, or explosion of firearms;

   g. breakage, marring, scratching, tearing, or denting unless caused by fire, thieves, or accidents to conveyances; or

   h. infidelity of an *insured's* employees or persons to whom the insured property may be entrusted or rented;

2. *Our* limit for loss by any Coverage B peril except theft is the limit shown in the *Declarations* for Coverage B, plus the aggregate limit;

©, Copyright, State Farm Mutual Automobile Insurance Company, 2019

3.  *Our* limits for loss by theft are those shown in the *Declarations* for this option.  These limits apply in lieu of the Coverage B theft limit; and

4.  *Our* limits for loss by any covered peril except those in items 2. and 3. above are those shown in the *Declarations* for this option.

**Option ID – Increased Dwelling Limit.**  *We* will settle losses to damaged *building structures* covered under **COVERAGE A – DWELLING** according to the **Loss Settlement Provision** shown in the *Declarations*.

1.  If the reasonable and necessary cost to repair or replace the damaged *dwelling* exceeds the limit of liability shown in the *Declarations* for Coverage A – Dwelling, *we* will pay the additional amounts not to exceed the Option ID limit shown in the *Declarations*.

2.  If the reasonable and necessary cost to repair or replace damaged *building structures* covered under **COVERAGE A – DWELLING, Other Structures** exceeds the limit of liability shown in the *Declarations* for Other Structures, *we* will pay the additional amounts not to exceed 10% of the Option ID limit shown in the *Declarations*.

**Report Increased Values.**  *You* must notify *us* within 90 days of the start of construction on any new *building structure* costing $5,000 or more; or any additions to or remodeling of *building structures* that increase their values by $5,000 or more.  *You* must pay any additional premium due for the increased value.  *We* will not pay more than the applicable limit of liability shown in the *Declarations* if *you* fail to notify *us* of the increased value within 90 days.

**Option IO – Incidental Business.**  The coverage provided by this option applies only to that incidental *business* occupancy on file with *us*.

1.  **COVERAGE A – DWELLING**, **Other Structures**, item 2.b. is deleted.

2.  **COVERAGE B – PERSONAL PROPERTY** is extended to include equipment, supplies, and furnishings usual and incidental to this *business* occupancy.  This Optional Policy Provision does not include electronic data processing system equipment or the recording or storage media used with that equipment or merchandise held as samples or for sale or for delivery after sale.

The Option IO limits are shown in the *Declarations*. The first limit applies to property on the *residence premises*.  The second limit applies to property while off the *residence premises*.  These limits are in addition to the **COVERAGE B – PERSONAL PROPERTY**, **Special Limits of Liability** on property used or intended for use in a *business*.

3.  Under Section II, the *residence premises* is not considered *business* property because an *insured* occupies a part of it as an incidental *business*.

4.  **SECTION II – EXCLUSIONS**, item 1.b. is replaced with the following:

    b.  *bodily injury* or *property damage* arising out of *business* pursuits of any *insured*, except as provided in item c. below.  This exclusion does not apply to activities that are ordinarily incident to non-*business* pursuits or to *business* pursuits of an *insured* that are necessary or incidental to the use of the *residence premises* as an incidental *business*;

5.  This insurance does not apply to:

    a.  *bodily injury* to an employee of an *insured* arising out of the *residence premises* as an incidental *business* other than to a *residence employee* while engaged in the employee's employment by an *insured*;

    b.  *bodily injury* to a student arising out of corporal punishment administered by or at the direction of the *insured*;

    c.  liability arising out of any acts, errors, or omissions of an *insured*, or any other person for whose acts an *insured* is liable, resulting from the preparation or approval of data, plans, designs, opinions, reports, programs, specifications, supervisory inspections, or engineering services in the conduct of an *insured's* incidental *business* involving data processing, computer consulting, or computer programming; or

    d.  any claim made or suit brought against any *insured* by:

        (1) any person in the care of any *insured* because of child care services provided by or at the direction of:

            (a) any *insured*;

37

HW-2105

©, Copyright, State Farm Mutual Automobile Insurance Company, 2019

(b) any employee of any *insured*; or

(c) any other person actually or apparently acting on behalf of any *insured*; or

(2) any person who makes a claim because of *bodily injury* to any person in the care of any *insured* because of child care services provided by or at the direction of:

(a) any *insured*;

(b) any employee of any *insured*; or

(c) any other person actually or apparently acting on behalf of any *insured*.

Coverage M does not apply to any person indicated in d.(1) and d.(2) above.

This exclusion does not apply to the occasional child care services provided by any *insured*, or to the part-time child care services provided by any *insured* under 19 years of age.

**Option JF – Jewelry and Furs.** Jewelry, watches, fur garments and garments trimmed with fur, precious and semi-precious stones, gold other than goldware, silver other than silverware, and platinum are covered for accidental direct physical loss or damage.

The limits for this option are shown in the *Declarations*. The first amount is the limit for any one article; the second amount is the aggregate limit for each loss. All provisions and exclusions of **SECTION I – LOSSES INSURED**, **COVERAGE B – PERSONAL PROPERTY**, **Theft** apply to Option JF.

The following additional provisions apply:

1. *We* will not pay for any loss to the property described in this option either consisting of, or directly and immediately caused by, one or more of the following:

   a. mechanical breakdown, wear and tear, or gradual deterioration;

   b. all animals, birds or insects, including nesting, infestation, gnawing, feeding, breeding, or discharge or release of waste products or secretions by animals, birds, or insects. However, *we* will pay for losses caused by wild bears or deer;

c. inherent vice; or

d. seizure or destruction under quarantine or customs regulations;

2. *Our* limit for loss by any Coverage B peril except theft is the limit shown in the *Declarations* for Coverage B, plus the aggregate limit;

3. *Our* limits for loss by theft are those shown in the *Declarations* for this option. These limits apply in lieu of the Coverage B theft limit; and

4. *Our* limits for loss by any covered peril except those in items 2. and 3. above are those shown in the *Declarations* for this option.

**Option OL – Building Ordinance or Law.**

1. **Coverage Provided.** The total limit of insurance provided by this option will not exceed an amount equal to the Option OL percentage shown in the *Declarations* of the Coverage A limit shown in the *Declarations* at the time of the loss, as adjusted by the Inflation Coverage provisions of this policy. This is an additional amount of insurance and applies to *building structures* on the *residence premises*.

2. **Damaged Portions of *Building Structure*.** When a *building structure* covered under **COVERAGE A – DWELLING** is damaged by a *loss insured*, *we* will pay for the increased cost to repair or rebuild the physically damaged portion of the *building structure* caused by the enforcement of a building, zoning, or land use ordinance or law if the enforcement is directly caused by the same *loss insured* and the requirement is in effect at the time the *loss insured* occurs.

3. **Undamaged Portions of Damaged *Building Structure*.** When a *building structure* covered under **COVERAGE A – DWELLING** is damaged by a *loss insured*, *we* will also pay for:

   a. the cost to demolish and clear the site of the undamaged portions of the *building structure* caused by the enforcement of a building, zoning, or land use ordinance or law if the enforcement is directly caused by the same *loss insured* and the requirement is in effect at the time the *loss insured* occurs; and

©, Copyright, State Farm Mutual Automobile Insurance Company, 2019

b.  loss to the undamaged portion of the *building structure* caused by enforcement of any ordinance or law if:

    (1)  the enforcement is directly caused by the same *loss insured*;

    (2)  the enforcement requires the demolition of portions of the same *building structure* not damaged by the same *loss insured*;

    (3)  the ordinance or law regulates the construction or repair of the *building structure*, or establishes zoning or land use requirements at the described premises; and

    (4)  the ordinance or law is in force at the time of the occurrence of the same *loss insured*; or

c.  legally required changes to the undamaged portion of the *building structure* caused by the enforcement of a building, zoning, or land use ordinance or law, if:

    (1)  the enforcement is directly caused by the same *loss insured*;

    (2)  the requirement is in effect at the time the *loss insured* occurs; and

    (3)  the legally required changes are made to the undamaged portions of specific *building structure* features, systems, or components that have been physically damaged by the *loss insured*.

*We* will not pay for legally required changes to specific *building structure* features, systems, or components that have not been physically damaged by the *loss insured*.

4.  **Building Ordinance or Law Coverage Limitations.**

a.  *We* will not pay for any increased cost of construction due to any original or subsequent construction, addition, modification, renovation, remodel, or repair to a *building structure* that did not comply with a building, zoning, or land use ordinance or law in effect when the construction, addition, modification, renovation, remodel, or repair was performed.

b.  *We* will not pay more under this coverage than:

    (1)  the reasonable and necessary increased cost to repair or rebuild the *building structure* at the same premises or another premises in the same general vicinity if relocation is required by ordinance or law; and

    (2)  the reasonable and necessary cost to demolish and clear the site of the undamaged portions of the *building structure* caused by enforcement of building, zoning, or land use ordinance or law.

*We* will not pay for more than a *building structure* of the same height, floor area, and style as on the same or similar premises as the *building structure*, subject to the limit provided in paragraph 1. **Coverage Provided** of this option.

**Option SG – Silverware and Goldware Theft.**  The **COVERAGE B – PERSONAL PROPERTY**, **Special Limits of Liability**, item i., for theft of silverware and goldware is increased to be the amount shown in the *Declarations* for this option.

©, Copyright, State Farm Mutual Automobile Insurance Company, 2019